**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LASHAWN EZELL | ) | |
| | ) | Case No. 18 CV 01049 |
| Plaintiff, | ) | |
| | ) | Hon. Virginia Kendall |
| | ) | |
| vs. | ) | Magistrate Jeffrey Cole |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants, | ) | |

**DEFENDANTS' MOTION FOR REASSIGNMENT BASED ON RELATEDNESS**

**Exhibit List**

| | |
|---|---|
| Exhibit A | Lashawn Ezell Complaint |
| Exhibit B | Larod Styles Complaint |
| Exhibit C | Charles Johnson Complaint |
| Exhibit D | Troshawn McCoy Complaint |
| Exhibit E | DKT. 58 – Minute Entry (Saunders v. City of Chicago, 12 CV 9158) |
| Exhibit F | Saunders's Docket Sheet |