IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAROD STYLES, *et al.* ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> CITY OF CHICAGO, *et al*. ) <br> ) <br>    Defendants. ) <br> ) | Case Nos. 18 C 1049; <br> 18 C 1053; 18 C 1062; <br> and 18 C 1068 <br><br> Hon. Martha M. Pacold |

**PLAINTIFFS' JOINT MOTION FOR
AN EXTENSION OF TIME TO AMEND PLEADINGS**

Plaintiffs Larod Styles, LaShawn Ezell, Charles Johnson, and Troshawn McCoy, by their respective attorneys, respectfully request an extension of 90 days to amend their pleadings, up to and including January 27, 2020, stating as follows:

1. On June 13, 2018, the Court granted Defendants' motion for an extension of time and extended the MIDPP deadline to August 31, 2018. Doc. 53. Pursuant to the Court's revised discovery schedule, Plaintiffs' deadline to amend their pleadings was November 29, 2018. *See* Doc 39.

2. On November 29, 2018, Plaintiffs requested a 90-day extension to amend pleadings. Doc. 100. The Court granted Plaintiffs' motion and set the deadline to amend pleadings for February 27, 2019. Doc. 102.

3. On February 22, 2019, Plaintiffs requested a 60-day extension to amend pleadings. Doc. 105. The Court granted Plaintiffs' motion and set the deadline to amend pleadings for April 29, 2019. Doc. 107.

4. On April 29, 2019, Plaintiffs requested a 90-day extension to amend pleadings. Doc. 110. The Court granted Plaintiffs' motion and set the deadline to amend pleadings for July 29, 2019. Doc. 112.

5. July 29, 2019, Plaintiffs requested a 90-day extension to amend pleadings. Doc. 126. The Court granted Plaintiffs' motion, and the deadline to amend pleadings is now October 28, 2019. Doc. 128.

6. For the following reasons, Plaintiffs respectfully request that this Court extend the deadline to amend pleadings by 90 days.

7. From January through July 2019, the parties were engaged in document discovery.

8. The parties have worked cooperatively to schedule depositions for both parties and third-party witnesses. Depositions began only recently, and several depositions initially scheduled for September and October had to be rescheduled for a later date and remain pending. Plaintiffs have not yet taken the Defendant officers' depositions.

9. Plaintiffs are unable to determine whether it will be necessary to amend their pleadings until depositions of the Defendant officers have been able to proceed. Accordingly, Plaintiffs respectfully request an extension to January 27, 2020, to permit them to depose the Defendant officers and amend their pleadings.

10. Plaintiffs' counsel contacted counsel for the Defendants to request their position, but Defendants' counsel has not responded as of the time of this filing.

11. This motion is brought in good faith and not for the purpose of delay. No party will suffer prejudice if this motion is granted.

WHEREFORE, Plaintiffs Larod Styles, LaShawn Ezell, Charles Johnson, and Troshawn

McCoy respectfully request that the Court grant their request for a 90-day extension of time to amend pleadings, up to and including January 27, 2020.

Respectfully submitted,

*/s/ Jill M. Hutchison*
*One of Plaintiffs' Attorneys*

Terence H. Campbell
Jill M. Hutchison
COTSIRILOS, TIGHE, STREICKER,
   POULOS & CAMPBELL
33 N. Dearborn, Suite 600
Chicago, IL 60602
(312) 263-0345

/s/ Katie Roche
*One of Plaintiffs Ezell's and Johnson's Attorneys*
Jon Loevy
Tara Thompson
Katie Roche
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

/s/ Locke E. Bowman
*Counsel for Plaintiff Johnson*
Locke E. Bowman
Alexa Van Brunt
RODERICK AND SOLANGE
MACARTHUR JUSTICE CENTER
Northwestern University School of Law
375 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-0844

/s/ Jon Erickson
*Counsel for Plaintiff McCoy*
Jon Erickson
Michael Oppenheimer
Ronak Maisuria

3

Erickson & Oppenheimer, Ltd.
118 S. Clinton, Ste. 200
Chicago, Illinois 60661
(312) 327-3370

## **CERTIFICATE OF SERVICE**

      I, Jill M. Hutchison, an attorney, certify that on October 28, 2019, I caused the foregoing Plaintiffs' Joint Motion for an Extension of Time to Amend Pleadings to be filed using the Court's CM/ECF electronic filing system and thus effected service on all counsel of record.

                                                                  */s/ Jill M. Hutchison*
                                                                 One of Plaintiffs' Attorneys