# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LASHAWN EZELL | ) | Case No. 18 CV 01049 |
| Plaintiff, | ) | |
| v. | ) | Hon. Judge Kendall |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Judge Cole |
| Defendants. | ) | |
| LAROD STYLES | ) | Case No. 18 CV 01053 |
| Plaintiff, | ) | |
| v. | ) | Hon. Judge Dow |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Judge Cole |
| Defendants. | ) | |
| CHARLES JOHNSON | ) | Case No. 18 CV 01062 |
| Plaintiff, | ) | |
| v. | ) | Hon. Judge Lee |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF MOTION

Please take notice that on Thursday, January 9, 2019 at 9:00 a.m. or as soon thereafter as counsel may be heard, counsel for Plaintiffs shall appear before Judge Kendall in the court room usually occupied by her at 219 South Dearborn, Chicago, Illinois, and then and there present Plaintiffs' Motion to Appoint a Special Representative for the Estates of Defendants Coughlin and Fine.

Respectfully submitted,

/s/ Tara Thompson
**Counsel for Plaintiff Ezell**
Arthur Loevy
Jon Loevy
Tara Thompson
Joshua Tepfer
Katherine Roche
Loevy & Loevy
311 N. Aberdeen
Third Floor
Chicago, Illinois 60607
(312) 243-5900

/s/ Terence H. Campbell
**Counsel for Plaintiff Larod Styles**
Terence H. Campbell
Jill M. Hutchinson
COTSIRILOS, TIGHE, STREICKER,
  POULOS & CAMPBELL
33 N. Dearborn, Suite 600
Chicago, IL 60602
(312) 263-0345

/s/ Maggie Filler
**Counsel for Plaintiff Johnson**
Locke Bowman
Maggie Filler
MacArthur Justice Center
160 East Grand Avenue, 6th Floor
Chicago, Illinois 60611
(312) 503-0844
(312) 503-0899

Alexa Van Brunt
MacArthur Justice Center
Northwestern Pritzker Law School
375 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-1336

## Certificate of Service

I, Tara Thompson, an attorney, hereby certify that on January 2, 2020, I caused to be served upon all parties of record a copy of the attached Notice by filing the same through the Court's CM/ECF system.

/s/ Tara Thompson