**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

LaShawn Ezell, et al.
       Plaintiff,

v.
            Case No.: 1:18−cv−01049
            Honorable Virginia M. Kendall

City of Chicago, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 27, 2022:

  MINUTE entry before the Honorable Jeffrey Cole: Video status conference held on 1/27/22. Fact discovery is closed, and expert discovery is proceeding. Counsel will provide a Joint Status Report regarding the progress of expert discovery including who has been deposed, and who is scheduled to be deposed for the reporting period. The Joint Status Report will be filed monthly, beginning on 2/28/22 and continuing thereafter, until expert discovery is completed on 7/17/22. [302]. Mr. Samuel Heppell of Loevy & Loevy is to be congratulated on the birth of his new baby. The next video status conference is set for 3/23/22 at 10:00am. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Please call (571) 353−2301, access code 509147929. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Should any difficulties arise during depositions, counsel should contact the Court. I can be reached by a call to my courtroom deputy, Yulonda Thomas, at 312−408−5178, and she will arrange for me to participate in the phone call. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.