**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LASHAWN EZELL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Judge Sara L. Ellis |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Case No. 18 CV 1049 |
| Defendants | ) | |
| | ) | |
| | ) | |
| LAROD STYLES, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| JAMES CASSIDY, et al., | ) | Case No. 18 CV 1053 |
| | ) | Consolidated with 18 CV 1049 |
| Defendants | ) | |
| | ) | |
| | ) | |
| CHARLES JOHNSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| JAMES CASSIDY, et al., | ) | Case No. 18 CV 1062 |
| Defendants | ) | Consolidated with 18 CV 1049 |
| | ) | |
| | ) | |
| TROSHAWN McCOY, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 18 CV 1068 |
| JAMES CASSIDY, et al., | ) | Consolidated with 18 CV 1049 |
| Defendants | ) | |
| | ) | |

**EXHIBITS TO JOINT MOTION BY CITY DEFENDANTS AND PLAINTIFFS TO
RESOLVE DISPUTED FACTS**

| Ex. No. | Description | Bates Range |
|---|---|---|
| 1 | Dec. 5, 1995 Supplementary Report | CITY 39-45 |
| 2 | Jan. 12, 1998 Report of Proceedings | Ezell 6450-6766 |
| 3 | Medical Examiner Report | CITY 35-38 |
| 4 | Deposition Transcript of Ali, June 3, 2021 | |

| Ex. No. | Description | Bates Range |
|---------|-------------|-------------|
| 5 | Deposition Transcript of Neira, Mar. 11, 2021 | |
| 6 | Jan. 13, 1998 Report of Proceedings | Johnson 5309-5480 |
| 7 | Deposition Transcript of Hudley, Feb. 14, 2020 | |
| 8 | Deposition Transcript of Hudley, Aug. 28, 2021 | |
| 9 | Nov. 17, 1998 Report of Proceedings | McCoy 872-1113 |
| 10 | Case Report | CITY 31-34 |
| 11 | Jan. 15, 1998 Report of Proceedings | Ezell 7020-7195 |
| 12 | Deposition Transcript of Tadros, Dec. 4, 2019 | |
| 13 | Composite Computer Drawing | JOHNSON 10273 |
| 14 | Deposition Transcript of Cassidy, Mar. 11, 2020 | |
| 15 | Nov. 18, 1998 Report of Proceedings (FILED UNDER SEAL) | CCSAO MP4 7652-7994 |
| 16 | Deposition Transcript of Tuider, Sept 20, 2019 | |
| 17 | Oct. 10, 1997 Report of Proceedings – McCoy MTS | Ezell 2550-2619 |
| 18 | Dec. 8, 1995 Supplementary Report | CITY 48-54 |
| 19 | Nov. 13, 1997 Report of Proceedings | Ezell 2474-2548 |
| 20 | Deposition Transcript of McCoy, Sept. 10, 2021 | |
| 21 | Deposition Transcript of Davis, Oct. 2, 2019 | |
| 22 | Deposition Transcript of Daly, Jul. 19, 2011 | |
| 23 | McCoy Court Reported Statement | Johnson 41619-41632 |
| 25 | Deposition Transcript of Alesia, Mar. 3, 2021 | |
| 26 | Nov. 15, 2017 McCoy Affidavit | Ezell 14095-14096 |
| 28 | Deposition Transcript of Bloore, Nov. 20, 2019 | |
| 29 | Deposition Transcript of Richardson, Nov. 7, 2019 | |
| 30 | Deposition Transcript of Valadez, Jan. 26, 2021 | |
| 31 | Deposition Transcript of Ryan, Oct. 3, 2019 and Feb. 12, 2020 | |
| 32 | Jan. 14, 1998 Report of Proceedings | Ezell 6769-7017 |
| 33 | Deposition Transcript of Styles, Nov. 2, 2021 | |
| 34 | Styles Arrest Report | JOHNSON 15872-15873 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 39 | Ezell Arrest Report | JOHNSON 21514-21515 |
| 42 | Mar. 14, 1997 Report of Proceedings – MTSS | Ezell 5472-5607 |
| 43 | Deposition Transcript of Johnson, Jun. 25, 2021 | |
| 44 | Photographs of Johnson Car | CITY 4061-4071 |
| 46 | Mar. 13, 1997 Report of Proceedings | Ezell 5349-5467 |
| 47 | Jan. 16, 1998 Report of Proceedings | Ezell 7198-7433 |
| 49 | Mar. 17, 1997 Report of Proceedings – MTSS Testimony | Ezell 5608-5715 |
| 50 | Crime Scene Processing Report | CITY 65 |
| 51 | Lineup Supplementary Reports | CITY 46-47, 55-56, 59-60 |
| 52 | 7:50 pm Lineup Photos | CITY 4097-4114 |
| 53 | Criminal Trial Exhibit 6 and 7 | CCSAO 11-12 |
| 54 | Deposition Transcript of Boudreau, Dec. 16, 2020 | |
| 55 | Crime Scene Processing Report | CITY 63 |
| 56 | Lineup Supplementary Report | CITY 57-58 |
| 57 | Lineup Photos | CITY 4050-4059 |
| 60 | Deposition Transcript of Sexton, Feb. 25, 2021 | |
| 61 | Deposition Transcript of Moore, July 6, 2021 | |
| 62 | Grand Jury Transcript (FILED UNDER SEAL) | CCSAO MPS 16358-16365 |
| 76 | Jan. 20, 1998 Report of Proceedings – Johnson only (Q citations) | McCoy 858-871 |
| 77 | Nov. 19, 1998 Report of Proceedings – Ezell only | McCoy 722-857 |
| 78 | Johnson General Progress Report | LS 6597 |
| 85 | Johnson Motion for Fingerprint Testing, Dec. 2, 2008 | Johnson 11171-11294 |
| 86 | Jan. 27, 2009 Order | Johnson 32623-32627 |
| 87 | Deposition Transcript of Ertler, Nov. 19, 2021 | |
| 88 | Deposition Transcript of Allen, Nov. 20, 2020 | |
| 89 | Allen Criminal History  (FILED UNDER SEAL) | CITY 20429-20435 |
| 98 | Deposition Transcript of Sussman, Dec. 20, 2021 | |
| 99 | Nov. 15, 2017 Report of Proceedings | Ezell 11182-11194 |

| Ex. No. | Description | Bates Range |
|---------|-------------|-------------|
| 100 | Nov. 25, 2017 Agreed Order | McCoy 1339 |
| 101 | Emails between Sussman and Tepfer with attachment | Tepfer Subp Resp 41-42, LS 20806 |
| 102 | Jan. 22, 2018 Agreed Order | CCSAO MP4 28562-28563 *(Dep Ex 371)* |
| 103 | 911 Call Logs | Johnson 22965-22966 |
| 104 | Office Photo | CCSAO Impound 17-23 |
| 105 | Photo of Exterior (McCoy Peoples Ex. 1) | CCSAO Impound 1-2 |
| 107 | Nov. 17, 1997 Report of Proceedings | Ezell 21175-21202 |
| 108 | Dec. 4, 1995 Coughlin GPR  (FILED UNDER SEAL) | CCSAO MP4 16764-16765 |
| 109 | 911 Call Transcript | Johnson 33639-33654 |
| 110 | Plaintiff's Expert McCrary Report and CV | |
| 111 | Deposition Transcript of McCrary, Mar. 15, 2022 | |
| 113 | Z594269 Permanent Retention File | City 31-73 |
| 114 | Deposition Transcript of Terrell, Aug. 20, 2021 | |
| 115 | Deposition Transcript of White, June 9, 2021 | |
| 116 | Deposition Transcript of Steele, Sept. 24, 2020 (FILED UNDER SEAL) | |
| 117 | Plaintiff's Expert Report of Cutler | |
| 118 | Deposition Transcript of Allen, Aug. 31, 2021 | |
| 119 | Criminal History of Hudley, Andrew (FILED UNDER SEAL) | D4 1810-1813 |
| 120 | Petition for Rule to Show Cause, *People v. Hudley* (FILED UNDER SEAL) | CCSAO M4 22589-22599 |
| 121 | Benefits for Hudley  (FILED UNDER SEAL) | D4 1814-1816, 1837-1838, 1820-1829, 1818-1819, 1832-1836, 1799-1801 |
| 122 | Dec. 5, 1995 GPR  (FILED UNDER SEAL) | CCSAO MP4 16862 |
| 123 | Declaration of Charles Johnson, Dec. 15, 1995 | Johnson 32432-32437 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 125 | Group Exhibit of GPRs signed by Tuider (FILED UNDER SEAL) | CCSAO MP4 16840, 16842, 16843, 16859-16862 |
| 127 | Deposition Transcript of Graf, Mar. 17, 2021 | |
| 128 | Defendants' Expert Report of Wixted | Wixted 21-33 |
| 129 | Scene Photos of Elegant lot and office exterior | CITY 4094, 4082, 4079 |
| 130 | Group Exhibit of Special Orders/Policies (78-33, 78-33A, 80-4, 92-3, 92-8-6) | City 17480-17495 |
| 131 | Deposition of Green, Dec. 17, 2021 | |
| 132 | Photo of Elegant Auto exterior | CCSAO Impound 17 |
| 133 | Vehicle Theft Report  (FILED UNDER SEAL) | D4 1808 |
| 134 | Jan. 22, 2018 Report of Proceedings | CCSAO MP4 28777-28790 |
| 135 | Press Release from the Office of the State's Attorney, Feb, 15, 2017 | CCSAO MP4 31248 |
| 136 | "Cook County prosecutors drop cases against 4 men in 1995 double murder", Chicago Tribune, Feb. 15, 2017 | CITY 23480-23488 |
| 137 | State's Answers to Petitioners' Requests to Admit, Oct. 20, 2017 | CCSAO MP4 28675-28708 |
| 138 | State's Resp to Petitioner's Motion for Summary Judgment, Jan. 5, 2018  (FILED UNDER SEAL) | CCSAO MP4 28387-28393 |