IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LaSHAWN EZELL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 18-CV-1049 |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Judge Sara L. Ellis |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LAROD STYLES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 18-CV-1053 |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CHARLES JOHNSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 18-CV-1062 |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **EXHIBIT LIST**

1. Joseph Alesia's Answer to LaShawn Ezell's Complaint (July 31, 2018)

2. Joseph Alesia's Answer to Larod Styles' Complaint (July 31, 2018)

3. Joseph Alesia's Answer to Charles Johnson's Complaint (July 31, 2018)

4. Joseph Alesia's Deposition Transcript (March 3, 2021)

5. Charles Burns' Deposition Transcript (October 14, 2021)

6. Chicago Police Department (CPD) Case Report (December 4, 1995)

7. CPD Supplementary Report (December 13, 1995)

8. CPD Recovered Vehicle Supplementary Report (1992 Pontiac) (December 5, 1995)

9. CPD Recovered Vehicle Supplementary Report (1995 Chevrolet) (December 5, 1995)

10. James Cassidy's Deposition Transcript (March 11, 2020)

11. Troshawn McCoy's Affidavit (November 15, 2017)

12. Dwayne Davis' Deposition Transcript (October 2, 2019)

13. Troshawn McCoy's Arrest Report (December 6, 1995)

14. Joseph Alesia's Testimony at the Ezell-McCoy Trial (November 17, 1998)

15. Joseph Alesia's Testimony at the Hearing on McCoy-Styles' Motions to Suppress (October 21, 1997)

16. Larod Styles' Arrest Report (December 5, 1995)

17. LaShawn Ezell's Arrest Report (December 5, 1995)

18. Charles Johnson's Arrest Report (December 5, 1995)

19. CPD Supplementary Report (Ali Ali Lineup) (May 13, 1996)

20. Ali Ali's Deposition Transcript (June 3, 2021)

21. CPD Supplementary Report (Andrew Hundley Lineup) (May 12, 1996)

22. Andrew Hudley's Deposition Transcript (August 28, 2021)

23. Troshawn McCoy's Court Reported Statement (December 5, 1995)

24. Troshawn McCoy's Deposition Transcript (September 10, 2021)

25. LaShawn Ezell's Handwritten Statement (December 5, 1995)

26. Larod Styles' Court Reported Statement (December 6, 1995)

27. Frances Valadez's Deposition Transcript (January 26, 2021)

28. Joseph Alesia's Testimony at the Hearing on Johnson's Motion to Suppress (March 13, 1997)

29. Charles Johnson's Handwritten Statement (December 6, 1995)

30. Joseph Alesia's Felony Review Folder (December 6, 1995)

31. LaShawn Ezell's Deposition Transcript (October 13, 2021)

32. Charles Johnson's Deposition Transcript (June 25, 2021)

33. Troshawn McCoy Medical Records

34. Andrew Hudley Testimony at Johnson-Styles Trial (January 13, 1998)

35. Photographs of Recovered Cars (McCoy-Ezell Criminal Trial Exhibits 4-5)

36. Luke Daly Deposition Transcript (November 11, 2019)

37. Area One Interrogation and Lineup Rooms Diagram

38. Kenneth Boudreau Deposition Transcript (December 12, 2020)

39. Bernard Ryan Deposition Transcript (February 12, 2020)

40. Albert Graf Deposition Transcript (March 17, 2021)

41. Aldridge Supplemental Report (December 7, 1995)

42. Aldridge Line Up Report (December 5, 1995)

43. John Bloore Deposition Transcript (November 11, 2019)

44. Joseph Alesia's Testimony at the Johnson-Styles Trial (January 12, 1998)

45. Stephen Terrell Deposition Transcript (August 20, 2021)

46. Cheryl Green Deposition Transcript (December 17, 2021)

47. Grand Jury Transcript (December 22, 1995)

48. Supplemental Report (December 5, 1995)

49. Latent Print Crime Scene Processing Reports (December 1995)

50. John Karalow Testimony at Johnson-Styles Trial (January 13, 1998)

51. John Waitman Testimony at Ezell-McCoy Trial (November 18, 1998).

52. Police Reports (CITY 1-73)

53. Brian Sexton Deposition Transcript (January 25, 2021)

54. Order to Establish Fingerprint Testing Protocol and to Release Evidence for Forensic Testing (January 27, 2009)

55. Latent Print Unit Report (June 15, 2009)

56. Michael Malone Deposition Transcript (November 9, 2021)

57. ISP Lab Report (February 26, 2010)

58. John Onstwedder Deposition Transcript (March 23, 2021)

59. Expert Report of Matthew Marvin and Plaintiffs' Rule 26(a)(2) Disclosure of Mr. Marvin

60. John Black Case Notes

61. John Black Attestation (November 1, 2022)

62. Transcript of Proceedings (February 15, 2017)

63. 02.15.17 SAO Press Statement (CCSAO MP4 31248)

64. Agreed Orders Granting Certificates of Innocence (January 22, 2018)

**END OF EXHIBIT LIST**