# EXHIBIT 52

**FINAL APPROVAL**

**CHICAGO POLICE DEPARTMENT**

# ARREST REPORT

**3510 S. Michigan Avenue, Chicago, Illinois 60653**
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

CB #: 19310489
IR #: 1143832
YD #:
RD #: HZ264375
EVENT #: 1613508476

| ARREST REPORTING |
|---|

**OFFENDER**

**Name:** EZELL, Lashawn

**Res:** 6735 S Damen Ave     **Beat:** 726
Chicago, IL 60636
Unknown

**DOB** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**AGE:**
**POB:** Illinois
**DLN** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**ARMED WITH** Unarmed

Male
Black
5' 09"
180 lbs
Brown Eyes
Black Hair
Short Hair Style
Medium Brown
Complexion

**Marks:** Tattoo Name "Shawn G" on Right Shoulder

**INCIDENT**

**Arrest Date:** 14 May   2016 14:39    **TRR Completed?** No    **Total No Arrested:** 1    **Co-Arrests**    **Assoc Cases**
**Location:** 2319 W 73rd St    **Beat:** 835    **DCFS Ward ?** No
Chicago, IL 60636
303 - Sidewalk    **Dependent Children?** No
**Holding Facility:** District 008 Lockup
**Resisted Arrest?** No

**CHARGES**

| 1 | Offense As Cited | **720 ILCS 570.0/402-C** | **Victim** |
|---|---|---|---|
| | | PCS - POSSESSION - POSS AMT CON SUB EXCEPT (A)(D) | State Of Illinois, P.O. Peulecke #17167 |
| | | Class 4 - Type F | |

**RECOVERED NARCOTICS**    IR #:1143832

| Type | Approx. Weight/Quantity | Units | Estimated Street Value |
|---|---|---|---|
| Suspect Controlled Substance | 1 | GRAMS | $30.00 |

**WARRANT**    CB #:19310489

**NO WARRANT IDENTIFIED**

powered by: CLEAR Technology

CITY 00001

**Chicago Police Department - ARREST Report**

CB #: | 19310489

EZELL, Lashawn

## ARREST REPORTING

### VICTIM AND COMPLAINANT

**NON-OFFENDER(S)**

**Name:** STATE OF ILLINOIS, P.O. Peulecke #17167

**Empl:** 3420 W 63rd St
Chicago, IL  60629
312-747-8730

**Beat:** 823

**DOB:**

**Age:**

**Comments:**

**Injured?** No        **Deceased?** No

**Hospitalized?** No

**Treated and Released?** No

---

### ARRESTEE VEHICLE

NO ARRESTEE VEHICLE INFORMATION ENTERED

---

### PROPERTIES

**Confiscated Properties :**

All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

**PROPERTIES INFORMATION FOR     EZELL, Lashawn,     NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.**

---

### INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

Event #08476 In summary r/o's were on patrol assigned to the area of 59th- 73rd; Bell- Rockwell due to the recent gang related shootings and homicides. R/o's were driving east on 73rd when they observed the offender standing on the sidewalk at 2319 west 73rd. The offender was observed approaching and directing a red four door vehicle with two female white subjects towards the east alley of Claremont. The subject then looked in r/o's direction and began to walk west away from said vehicle with his hands in the front pocket of his hooded sweater. R/o's believing that the subject was waiving said vehicle down in an attempt to solicit unlawful business(sale of narcotics) conducted an investigatory stop. As r/o's were exiting their unmarked vehicle(silver explorer) they announced their office and began to walk in the direction of the offender. R/o's believing that the offender might be concealing a weapon in his front hood pocket, ordered the offender to remove his hands from said pocket due to a large bulge. Offender then complied and as he removed his left hand from his pocket he dropped a clear knotted plastic bag containing a white substance. Offender was detained by r/o's and P.O. Cabrales recovered said knotted bag which contained 3 small clear plastic ziplock bags each containing a white power substance suspect heroin. Offender was then placed in custody and transported into the 008th district for further processing. Narcotics was inventoried under #13685887. Name check revealed that the offender is on active IDOC Parole for Man/Del PCS under case #12CR0927001. IDOC(Stella) was notified at 1540 Hrs. under tracer #112212015, no warrant issued. Investigative alert clear, self admitted GD from 73rd and Winchester. Court key T Branch 48 on 03Jun2016 at 1300 Hrs. Not on GIPP or TRAP list.

---

### COURT INFO

**Desired Court Date:**        03 June 2016

**Branch:** 48-4    155 W 51ST ST - Room

**Court Sgt Handle?**  No

**Initial Court Date:**   15 May 2016

**Branch:**  CBC-1  2600 S CALIFORNIA - Room100

**Docket #:**

### BOND INFO

BOND INFORMATION NOT AVAILABLE

---

powered by: CLEAR Technology

CITY 00002

**Chicago Police Department - ARREST Report**

CB #: 19310489

**EZELL**, Lashawn

| ARREST REPORTING |
|---|

**REPORTING PERSONNEL**

**ATTESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| Attesting Officer: | #16858 | CABRALES, J M (PC0Y688) | 14 MAY 2016 15:47 |
|---|---|---|---|

**ARRESTING OFFICER(S):**

| | | | **Beat** |
|---|---|---|---|
| 1st Arresting Officer: | #17167 | PEULECKE, J J (PC0AM81) | 0862B |
| 2nd Arresting Officer: | #16858 | CABRALES, J M (PC0Y688) | 0862B |

**APPROVING SUPERVISOR:**

| Approval of Probable Cause : | #1768 | GLENKE, J R (PC0S944) | 14 MAY 2016 15:52 |
|---|---|---|---|

powered by: CLEAR Technology

CITY 00003

**Chicago Police Department - ARREST Report**

CB #: 19310489

**EZELL**, Lashawn

## ARREST PROCESSING REPORT

**LOCKUP KEEPER PROCESSING**

**Holding Facility:** District 008 Lockup
**Received in Lockup:** 14 May 2016 15:56
**Prints Taken:** 14 May 2016 16:04
**Palmprints Taken:** Yes
**Photograph Taken:** 14 May 2016 16:13
**Released from Lockup:** 15 May 2016 06:31

**Time Last Fed:**
**Time Called:** **Phone#:**
**Cell #:** 12 - Placed in one person cell

**Transport Details :** 2PO 0862B 14-MAY-2016 14:42

### VISUAL CHECK OF ARRESTEE

| | |
|---|---|
| Is there obvious pain or injury? | No |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol/drugs? | No |
| Signs of alcohol/drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | No |
| Carrying medication? | No |

### ARRESTEE QUESTIONNARIE

| | |
|---|---|
| (if female)are you pregnant? | No |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Transgender/intersex/gender non-conforming? | No |
| Deaf/hard of hearing-request interpreter for court? | No |
| Interpreter needed? (indicate language) | No |
| Serious medical problems? | No |
| Serious mental problems? | No |

### ARRESTEE PRESCRIPTION MEDICATION INFORMATION:

| Question | Response | Medical Condition | Next Medication Due |
|---|---|---|---|
| Presently Taking Prescribed Medication? | No | | |

### RETURN TO HOLDING FACILITY COMMENTS:

### QUESTIONNAIRE REMARKS:

### LOCKUP KEEPER COMMENTS:

### EMERGENCY CONTACT

**Name :** **WILSON, Lenetra**

**Res:** **Beat:**

773-639-7494

**INTERVIEW LOG**

NO INTERVIEWS LOGGED

---



**Chicago Police Department - ARREST Report**

CB #: 19310489

**EZELL**, Lashawn

## ARREST PROCESSING REPORT

**VISITOR LOG**

NO VISITORS LOGGED

**MOVEMENT LOG**

MOVEMENT LOG INFORMATION NOT AVAILABLE

**WC COMMENTS**

Watch Commander Comments:

**REL w/o CHARGING**

DOES NOT APPLY TO THIS ARREST

**PROCESSING PERSONNEL**

**ARRESTEE PROCESSING PERSONNEL:**

| | | | Beat |
|---|---|---|---|
| Searched By: | | SMITH, T T (PC0BB26) | |
| Lockup Keeper: | #5431 | STRELCZYK, G A (PC0U595) | |
| Fingerprinted By: | | SMITH, T (COC358910) | |

**APPROVAL PERSONNEL:**

| | | | | Beat |
|---|---|---|---|---|
| Final Approval of Charges : | #1768 | GLENKE, J R(PC0S944) | 14 MAY 2016 18:21 | |

powered by: CLEAR Technology

CITY 00005

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 06CR2315401

    LASHAWN      EZELL

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | |
|---|---|---|
| 720-570/401(c)(2) | F 1 | MFG/DEL 01-15 GR COCAINE/ANLG |
| 720-570/402(c) | F 4 | POSS AMT CON SUB EXCEPT(A)/(D) |
| 625-5/11-204.1(a)(1) | F 4 | AGG FLEEING/21 MPH OVER/2ND |
| 625-5/11-204.1(a)(2) | F 4 | AGG FLEEING/BODILY INJURY/2ND |

The following disposition(s) was/were rendered before the Honorable Judge(s):

10/10/06 IND/INFO-CLK OFFICE-PRES JUDGE          10/25/06 1701
    06CR2315401 ID# CR100921189
10/25/06 TRANSFERRED TO SUBURBAN DIST            10/25/06 0573
    BIEBEL, PAUL JR.
10/25/06 WARRANT SENT TO POLICE AGENCY           00/00/00
10/25/06 DEFENDANT NOT ARRAIGNED                 00/00/00
    RYAN JAMES J.
10/25/06 TRANSFERRED                             10/25/06 0580
    RYAN JAMES J.
10/25/06 DEFENDANT NOT IN COURT                  00/00/00
    KENNEDY KERRY M
10/25/06 WARR ORD, WARR ISSUED                   00/00/00
    KENNEDY KERRY M
10/25/06 NO BAIL                                 00/00/00
    KENNEDY KERRY M
10/25/06 WARRANT OUTSTANDING                     00/00/00
    KENNEDY KERRY M
10/26/06 WARR AUDITED - ELEC DOCK
10/26/06 WARR AUDITED - COURT FILE
10/30/06 RECALL/EXEC SENT TO POLICE AGY
    WX IN CBC
10/30/06 WARR RETURNED, EXECUTED,FILED
    HENNELLY THOMAS JOSEPH
10/30/06 NO BAIL
    HENNELLY THOMAS JOSEPH
10/30/06 BOND TO STAND
    HENNELLY THOMAS JOSEPH

CITY 00006

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS       Page 002

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 06CR2315401

LASHAWN     EZELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
10/30/06 MOTION STATE - CONTINUANCE -MS        11/01/06 0580
         HENNELLY THOMAS JOSEPH
10/30/06 DEF DEMAND FOR TRIAL
         HENNELLY THOMAS JOSEPH
11/01/06 RECALL/EXEC SENT TO POLICE AGY        00/00/00
11/01/06 WARR RETURNED, EXECUTED,FILED         00/00/00
         KENNEDY KERRY M
11/01/06 DEF DEMAND FOR TRIAL                  00/00/00
         KENNEDY KERRY M
11/01/06 NOLLE PROSEQUI               C001 00/00/00
         KENNEDY KERRY M
11/01/06 NOLLE PROSEQUI               C004 00/00/00
         KENNEDY KERRY M
11/01/06 PLEA OF GUILTY               C002 00/00/00
         KENNEDY KERRY M
11/01/06 JURY WAIVED                       00/00/00
         KENNEDY KERRY M
11/01/06 FINDING OF GUILTY            C002 00/00/00
         KENNEDY KERRY M
11/01/06 JGMT ON FINDING/VERDICT/PLEA      00/00/00 P
         KENNEDY KERRY M
11/01/06 CHANGE PRIORITY STATUS        M   00/00/00
         KENNEDY KERRY M
11/01/06 PRESENTENCE INVESTIGATION WAIV    00/00/00
         KENNEDY KERRY M
11/01/06 DEFENDANT FINED              C002 00/00/00            $   1220
         KENNEDY KERRY M
11/01/06 DEF SENTENCED ILLINOIS DOC   C002 00/00/00
            30 MTH
         KENNEDY KERRY M
11/01/06 CREDIT DEFENDANT FOR TIME SERV    00/00/00
            34 DYS
         KENNEDY KERRY M
11/01/06 DEF ADVISED OF RIGHT TO APPEAL    00/00/00
         KENNEDY KERRY M
11/01/06 LET MITTIMUS ISSUE/MITT TO ISS    00/00/00
         KENNEDY KERRY M

CITY 00007

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 06CR2315401

LASHAWN    EZELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
11/01/06 PLEA OF GUILTY                    C003 00/00/00
     KENNEDY KERRY M
11/01/06 JURY WAIVED                            00/00/00
     KENNEDY KERRY M
11/01/06 FINDING OF GUILTY                 C003 00/00/00
     KENNEDY KERRY M
11/01/06 SENTENCE TO RUN CONCURRENT             00/00/00
     COUNTS 2 AND 3 CONCURRENT
     KENNEDY KERRY M

I hereby certify that the foregoing has
been entered of record on the above
captioned case.
Date 07/06/18

_____
          DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS                        NUMBER 08CR2287501

LASHAWN     EZELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | |
|---|---|---|
| 720-570-401(d)(i) | F 2 | OTHER AMT NARCOTIC SCHED I&II |
| 720-570-402(c) | F 4 | POSS AMT CON SUB EXCEPT(A)/(D) |

The following disposition(s) was/were rendered before the Honorable Judge(s):

| | | |
|---|---|---|
| 12/05/08 IND/INFO-CLK OFFICE-PRES JUDGE | 12/23/08 1701 | |
| 12/23/08 CASE ASSIGNED | 12/23/08 1749 | |
|     BIEBEL, PAUL JR. | | |
| 12/23/08 DEFENDANT IN CUSTODY | 00/00/00 | |
|     FLOOD LAWRENCE EDWARD | | |
| 12/23/08 DEFENDANT IN CUSTODY | 00/00/00 | |
|     JOYCE TIMOTHY JOSEPH | | |
| 12/23/08 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
|     JOYCE TIMOTHY JOSEPH | | |
| 12/23/08 DEFENDANT ARRAIGNED | 00/00/00 | |
|     JOYCE TIMOTHY JOSEPH | | |
| 12/23/08 PLEA OF NOT GUILTY | 00/00/00 | |
|     JOYCE TIMOTHY JOSEPH | | |
| 12/23/08 MOTION FOR DISCOVERY | 00/00/00 F | 1 |
|     JOYCE TIMOTHY JOSEPH | | |
| 12/23/08 DISCOVERY ANSWER FILED | 00/00/00 | 1 |
|     JOYCE TIMOTHY JOSEPH | | |
| 12/23/08 ADMONISH AS TO TRIAL IN ABSENT | 00/00/00 | |
|     JOYCE TIMOTHY JOSEPH | | |
| 12/23/08 CONTINUANCE BY AGREEMENT | 01/06/09 | |
|     JOYCE TIMOTHY JOSEPH | | |
| 01/06/09 DEFENDANT IN CUSTODY | 00/00/00 | |
|     DOODY JOHN THOMAS JR | | |
| 01/06/09 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
|     DOODY JOHN THOMAS JR | | |
| 01/06/09 MOTION DEFT - CONTINUANCE - MD | 02/02/09 | |
|     DOODY JOHN THOMAS JR | | |
| 02/02/09 DEFENDANT IN CUSTODY | 00/00/00 | |
|     DOODY JOHN THOMAS JR | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 002

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 08CR2287501

LASHAWN      EZELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/02/09 PRISONER DATA SHEET TO ISSUE          00/00/00
         DOODY JOHN THOMAS JR
02/02/09 MOTION FOR DISCOVERY                  00/00/00 F       2
         DOODY JOHN THOMAS JR
02/02/09 CONTINUANCE BY AGREEMENT              03/04/09
         DOODY JOHN THOMAS JR
03/04/09 DEFENDANT IN CUSTODY                  00/00/00
         DOODY JOHN THOMAS JR
03/04/09 PRISONER DATA SHEET TO ISSUE          00/00/00
         DOODY JOHN THOMAS JR
03/04/09 CONTINUANCE BY AGREEMENT              03/25/09
         DOODY JOHN THOMAS JR
03/25/09 DEFENDANT IN CUSTODY                  00/00/00
         DOODY JOHN THOMAS JR
03/25/09 NOLLE PROSEQUI              C001 00/00/00
         DOODY JOHN THOMAS JR
03/25/09 PLEA OF GUILTY              C001 00/00/00
         DOODY JOHN THOMAS JR
03/25/09 JURY WAIVED                       00/00/00
         DOODY JOHN THOMAS JR
03/25/09 FINDING OF GUILTY           C001 00/00/00
         DOODY JOHN THOMAS JR
03/25/09 PRESENTENCE INVESTIGATION WAIV        00/00/00
         DOODY JOHN THOMAS JR
03/25/09 DEF SENTENCED ILLINOIS DOC  C001 00/00/00
              3 YRS
         DOODY JOHN THOMAS JR
03/25/09 CREDIT DEFENDANT FOR TIME SERV        00/00/00
              132 DYS
         DOODY JOHN THOMAS JR
03/25/09 FINES COSTS FEES PER DRFT ORD         00/00/00        $   1640
         DOODY JOHN THOMAS JR
03/25/09 CREDIT FOR TIME SERVED                00/00/00        $    660
         DOODY JOHN THOMAS JR
03/25/09 DEF ADVISED OF RIGHT TO APPEAL        00/00/00
         DOODY JOHN THOMAS JR
03/25/09 LET MITTIMUS ISSUE/MITT TO ISS        00/00/00
         DOODY JOHN THOMAS JR

CITY 00010

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 003

PEOPLE OF THE STATE OF ILLINOIS

                    VS               NUMBER 08CR2287501

LASHAWN     EZELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/25/09 CHANGE PRIORITY STATUS          M     00/00/00
     DOODY JOHN THOMAS JR
03/31/09 ASSESSMENT ORD FWD TO ACCT            00/00/00

                              I hereby certify that the foregoing has
                              been entered of record on the above
                              captioned case.
                              Date 07/06/18

                              _____
                                        DOROTHY BROWN
                              CLERK OF THE CIRCUIT COURT OF COOK COUNTY

CITY 00011

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 12CR0927001

        LASHAWN        EZELL

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | |
|---|---|---|
| 720-570/401(D)(I) | F 2 | OTHER AMT NARCOTIC SCHED I&II |
| 720-570/401(D)(I) | F 2 | OTHER AMT NARCOTIC SCHED I&II |
| 625-5/11-204.1(A)(4) | F 3 | AGG FLEEING/2+ CON DVC/2ND |
| 720-570/402(C) | F 4 | POSS AMT CON SUB EXCEPT(A)/(D |
| 625-5/11-204.1(A)(4) | F 4 | AGG FLEEING/2+ CON DEVICES |

The following disposition(s) was/were rendered before the Honorable Judge(s):


| | | |
|---|---|---|
| 05/16/12 IND/INFO-CLK OFFICE-PRES JUDGE | 05/31/12 1701 | |
| 05/16/12 DRIVER LICENSE NUMBER | 00/00/00 | |
|        DL#IL E24053080002 | | |
| 05/31/12 TRANSFERRED TO SUBURBAN DIST | 05/31/12 0573 | |
|        BIEBEL, PAUL JR. | | |
| 05/31/12 DEFENDANT NOT ARRAIGNED | 00/00/00 | |
|        SMITH TERENCE BLAIR | | |
| 05/31/12 TRANSFERRED | 05/31/12 0580 | |
|        SMITH TERENCE BLAIR | | |
| 05/31/12 DEFENDANT IN CUSTODY | 00/00/00 | |
|        HYNES JOHN JOSEPH | | |
| 05/31/12 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
|        HYNES JOHN JOSEPH | | |
| 05/31/12 DEFENDANT ARRAIGNED | 00/00/00 | |
|        HYNES JOHN JOSEPH | | |
| 05/31/12 PLEA OF NOT GUILTY | 00/00/00 | |
|        HYNES JOHN JOSEPH | | |
| 05/31/12 ADMONISH AS TO TRIAL IN ABSENT | 00/00/00 | |
|        HYNES JOHN JOSEPH | | |
| 05/31/12 MOTION FOR DISCOVERY | 00/00/00 F | 1 |
|        HYNES JOHN JOSEPH | | |
| 05/31/12 DISCOVERY ANSWER FILED | 00/00/00 F | 1 |
|        HYNES JOHN JOSEPH | | |
| 05/31/12 CONTINUANCE BY AGREEMENT | 06/26/12 0580 | |
|        HYNES JOHN JOSEPH | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 12CR0927001

LASHAWN       EZELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/26/12 DEFENDANT IN CUSTODY                    00/00/00
         HYNES JOHN JOSEPH
06/26/12 PRISONER DATA SHEET TO ISSUE            00/00/00
         HYNES JOHN JOSEPH
06/26/12 CONTINUANCE BY AGREEMENT                08/08/12 0580
         HYNES JOHN JOSEPH
08/08/12 DEFENDANT IN CUSTODY                    00/00/00
         HYNES JOHN JOSEPH
08/08/12 PRISONER DATA SHEET TO ISSUE            00/00/00
         HYNES JOHN JOSEPH
08/08/12 CONTINUANCE BY AGREEMENT                08/29/12 0580
         HYNES JOHN JOSEPH
08/29/12 DEFENDANT IN CUSTODY                    00/00/00
         HYNES JOHN JOSEPH
08/29/12 PRISONER DATA SHEET TO ISSUE            00/00/00
         HYNES JOHN JOSEPH
08/29/12 CONTINUANCE BY AGREEMENT                10/03/12 0580
         HYNES JOHN JOSEPH
10/03/12 DEFENDANT IN CUSTODY                    00/00/00
         HYNES JOHN JOSEPH
10/03/12 PRISONER DATA SHEET TO ISSUE            00/00/00
         HYNES JOHN JOSEPH
10/03/12 CONTINUANCE BY AGREEMENT                11/13/12 0580
         HYNES JOHN JOSEPH
11/13/12 DEFENDANT IN CUSTODY                    00/00/00
         HYNES JOHN JOSEPH
11/13/12 PRISONER DATA SHEET TO ISSUE            00/00/00
         HYNES JOHN JOSEPH
11/13/12 CONTINUANCE BY AGREEMENT                12/18/12 0580
         HYNES JOHN JOSEPH
12/18/12 DEFENDANT IN CUSTODY                    00/00/00
         HYNES JOHN JOSEPH
12/18/12 CONTINUANCE BY AGREEMENT                01/24/13 0580
         HYNES JOHN JOSEPH
01/24/13 DEFENDANT IN CUSTODY
         HYNES JOHN JOSEPH
01/24/13 MOTION DEFT - CONTINUANCE - MD          02/28/13 0580
         HYNES JOHN JOSEPH

CITY 00013

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

                    VS              NUMBER 12CR0927001

     LASHAWN      EZELL

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/28/13 NOLLE PROSEQUI                    C002
         HYNES JOHN JOSEPH
02/28/13 NOLLE PROSEQUI                    C003
         HYNES JOHN JOSEPH
02/28/13 NOLLE PROSEQUI                    C004
         HYNES JOHN JOSEPH
02/28/13 NOLLE PROSEQUI                    C005
         HYNES JOHN JOSEPH
02/28/13 PLEA OF GUILTY                    C001
         HYNES JOHN JOSEPH
02/28/13 JURY WAIVED
         HYNES JOHN JOSEPH
02/28/13 FINDING OF GUILTY                 C001
         HYNES JOHN JOSEPH
02/28/13 JGMT ON FINDING/VERDICT/PLEA                      P
         HYNES JOHN JOSEPH
02/28/13 CHANGE PRIORITY STATUS            M
         HYNES JOHN JOSEPH
02/28/13 DEFENDANT FINED                   C001                  $     482
         HYNES JOHN JOSEPH
02/28/13 PRESENTENCE INVESTIGATION WAIV
         HYNES JOHN JOSEPH
02/28/13 DEF SENTENCED ILLINOIS DOC        C001
              6 YRS
         HYNES JOHN JOSEPH
02/28/13 CREDIT DEFENDANT FOR TIME SERV
                369 DYS
         HYNES JOHN JOSEPH
02/28/13 ADMONISH-MANDATORY SUPV RELS
              3 YRS
         HYNES JOHN JOSEPH
02/28/13 SAO MOT CBR TO PUB DEF
         HYNES JOHN JOSEPH
02/28/13 SAO MOT CBR TO PUB DEF DENIED
         HYNES JOHN JOSEPH
02/28/13 DEF ADVISED OF RIGHT TO APPEAL
         HYNES JOHN JOSEPH

CITY 00014

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 004

PEOPLE OF THE STATE OF ILLINOIS

               VS          NUMBER 12CR0927001

LASHAWN    EZELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/09/15 CORRECTED MITTIMUS TO ISSUE
   HYNES JOHN JOSEPH

 

 

I hereby certify that the foregoing has
been entered of record on the above
captioned case.
Date 07/06/18

_____
        DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

CITY 00015

# CLEAR DATA WAREHOUSE
## CB Number: 19310489



REPORT DATE= 30-March-2018  9:14:05 AM
REQUESTED BY= PC0Y100
FOR OFFICIAL POLICE USE ONLY!
NOT FOR DISSEMINATION!

CITY 00016

# CLEAR DATA WAREHOUSE
## CB Number: 19310489



REPORT DATE= 30-March-2018  9:14:29 AM
REQUESTED BY= PC0Y100
FOR OFFICIAL POLICE USE ONLY!
NOT FOR DISSEMINATION!

**CITY 00017**

# CLEAR Data Warehouse

**EZELL, LASHAWN**
**CB# 19310489**

**Charge(s) = PCS - POSSESSION - POSS AMT CON SUB EXCEPT (A)(D)**

**IR# = 1143832**

**M/BLK/36 - Height 509 / 180 lbs.**

**DOB =** ▮▮▮▮▮▮▮

**Arrest Date = 14-MAY-2016**

**Address of Arrest = 2319 W 73RD ST**

**Beat of Arrest = 0835**

**LKA = 6735 S DAMEN AVE**

**City = CHICAGO, IL**

**Beat of Residence = 0726**

REPORT DATE= 30-March-2018  9:14:55 AM
REQUESTED BY= PC0Y100
FOR OFFICIAL POLICE USE ONLY!
NOT FOR DISSEMINATION!



CITY 00018

# CLEAR Data Warehouse

## EZELL, LASHAWN
## CB# 19310489

**Charge(s) = PCS - POSSESSION - POSS AMT CON SUB EXCEPT (A)(D)**

**IR# = 1143832**

**M/BLK/36 - Height 509 / 180 lbs.**

**DOB =**

**Arrest Date = 14-MAY-2016**

**Address of Arrest = 2319 W 73RD ST**

**Beat of Arrest = 0835**

**LKA = 6735 S DAMEN AVE**

**City = CHICAGO, IL**

**Beat of Residence = 0726**

REPORT DATE= 30-March-2018  9:15:34 AM
REQUESTED BY= PC0Y100
FOR OFFICIAL POLICE USE ONLY!
NOT FOR DISSEMINATION!



CITY 00019

Case: 1:18-cv-01049 Document #: 460-53 Filed: 08/07/23 Page 21 of 74 PageID #:46704

## CLEAR Data Warehouse

**EZELL, LASHAWN**
**CB# 19310489**

**Charge(s) = PCS - POSSESSION - POSS AMT CON SUB EXCEPT (A)(D)**

**IR# = 1143832**

**M/BLK/36 - Height 509 / 180 lbs.**

**DOB=** █████████

**Arrest Date = 14-MAY-2016**

**Address of Arrest = 2319 W 73RD ST**

**Beat of Arrest = 0835**

**LKA = 6735 S DAMEN AVE**

**City = CHICAGO, IL**

**Beat of Residence = 0726**

<span style="color:red">REPORT DATE= 30-March-2018  9:16:16 AM
REQUESTED BY= PC0Y100
FOR OFFICIAL POLICE USE ONLY!
NOT FOR DISSEMINATION!</span>



**CITY 00020**

**OFFICE OF THE SUPERINTENDENT**

**Office of Legal Affairs**

**DATE: 30-Mar-18**

TO:        Joe Perfetti
           Manager
           Records Division

           ATTN: Identification Section
           Criminal History Records Unit     FAX 745-6979

FROM:    P.O. Marian Rodriguez
           Office of Legal Affairs

CASE:      **LEGAL AFFAIRS RECORDS REQUEST**
           **Case Name: Ezell v City of Chicago**      Docket No: **18 C 1049**
           **RD No. : HZ264375**             ACC: **Tonet Ballared**

      Please forward a copy of the following items along with this request form to **Officer Marian Rodriguez** at Unit 114 (Office of Legal Affairs). Our fax number is 312-745-6995 and our telephone number is 312-745-6115.

### PLEASE PROVIDE A COPY OF <u>THE FINGERPRINT CARD</u> FOR...

      **CB# 19310489**        **IR# 1143832**

      ***FINGERPRINT CARD ONLY ***

**Do not fax fingerprint printouts, rather, please forward via department mail.**

**PLEASE DO NOT FAX!**

      Please respond or advise by **16 March 2018**

**If any of the above requested documents cannot be provided, please submit a To/From Subject Report specifically referring the case name and the documents requested, approved by the unit commanding officer, regarding the results no later than the date given above.**

      *ALSO, UPON RECEIPT OF THIS DOCUMENT PLEASE SIGN, DATE AND FAX TO THE OFFICE OF LEGAL AFFAIRS, ATTN: OFFICER MARIAN RODRIGUEZ AT (312) 745-6995.*

**PLEASE MAIL RECORDS – DO NOT FAX**

**CITY 00021**

CITY 00022



| NAME (LAST -FIRST-M.I.) EZELL, LASHAWN | DATE OF BIRTH | C.B. NO. 019310489 | | CONTROL NUMBER |
|---|---|---|---|---|
| | | | | PRINTED FROM ARCHIVE |

ADDRESS: 6735 S DAMEN AVE — SEX: M — RACE: B — I.R. NO.: 001143832

REASON PRINTED (APPLICATION TYPE OR ARREST CHARGE): 720 ILCS 570.0/402-C — ARRESTED BY (STAR NO.) — DET. FACILITY: 008M

HST0104019310489

DATE/TIME PRINTED: 20160514 160433 — PRINTED BY (PRINT NAME) — STAR/EMPLOYEE NO. — SOCIAL SECURITY NO. — AGENCY: ILCPD0000

1. RIGHT THUMB  2. RIGHT INDEX  3. RIGHT MIDDLE  4. RIGHT RING  5. RIGHT LITTLE

6. LEFT THUMB  7. LEFT INDEX  8. LEFT MIDDLE  9. LEFT RING  10. LEFT LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY — LEFT THUMB — RIGHT THUMB — RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

SIGNATURE - PERSON FINGERPRINTED

F.P. VERIFICATION

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

CPD-31.813 (REV. 8/98)

**FINGERPRINT CARD/CHICAGO POLICE DEPARTMENT**

CITY 00023

Case: 1:18-cv-01049 Document #: 460-53 Filed: 08/07/23 Page 25 of 74 PageID #:46708

# CPD

| LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | CB # |
|-----------|-----------|-------------|-----|------|-----|------|
| EZELL, LASHAWN | | | M | B | | 019310489 |

| ARRESTING AGENCY (ORI) | DET. FACILITY | IR # |
|------------------------|---------------|------|
| ILCPD0000 | 008M | 001143832 |



RIGHT WRITERS PALM

RIGHT UPPER PALM

LEFT WRITERS PALM

CITY 00024



## CPD

| | | | | | |
|---|---|---|---|---|---|
| Arrested BY (STAR NO.) | DET. FACILITY 008M | AGENCY ILCPD0000 | SEX M | RACE B | I.R. NO. 001143832 |

EZELL, LASHAWN

019310489

PRINTED FROM ARCHIVE

HST0104019310489

↑ RIGHT WRITERS PALM

RIGHT UPPER PALM

RIGHT LOWER PALM

RIGHT THUMB

**CITY 00025**

**CPD**

| NAME (LAST — FIRST — M.H.) | | | DATE OF BIRTH | C.B. NO. | | ARREST DATE |
|---|---|---|---|---|---|---|
| EZELL, LASHAWN | | | | 019310489 | | 20160514 |

| Arrested BY (STAR NO.) | DET. FACILITY | AGENCY | SEX | RACE | I.R. NO. |
|---|---|---|---|---|---|
| | 008M | ILCPD0000 | M | B | 001143832 |

LEFT WRITERS PALM

LEFT UPPER PALM

LEFT LOWER PALM

LEFT THUMB



CITY 00026



| CPD | NAME (LAST – FIRST – M.I.) | | | DATE OF BIRTH | | C.B. NO. | | DATE PRINTED |
|---|---|---|---|---|---|---|---|---|
| Arrested BY (STAR NO.) | DET. FACILITY | AGENCY | | SEX | RACE | I.R. NO. | | 2016-05-16 |
| | 008M | ILCPD0000 | | M | B | 001143832 | | |

LEFT WRITERS PALM ↑

LEFT UPPER PALM

LEFT LOWER PALM

LEFT THUMB

CITY 00028

04/23/2018 MON 10:32 FAX @002/002

CHICAGO POLICE
**ARREST REPORT** 3/8
CPD-11.420 (REV. 6/92)

| 1 NAME (LAST - FIRST - MIDDLE) | 2 SEX | 3 RACE | 4 AGE | 5 DATE OF BIRTH |
|---|---|---|---|---|
| McCoy, Troshawn S | M | 1 | 17 | DAY MONTH YEAR |

C.B. NO. 10109500
1143833

| 2. ALIAS OR NICKNAME | 8 DIST/RES | 9 HEIGHT | 10 WEIGHT | 11 HAIRSTYLE | 11 EYES | 14 COMPLEXION |
|---|---|---|---|---|---|---|
| | 4 | 5'11 | 150 | Blk Sh | Br | Med |

| 16 RESIDENCE ADDRESS | APT./FLOOR | 17 DISTING. MARKS, SCARS, DISABILITIES, ETC | 18 SOCIAL SECURITY NO. |
|---|---|---|---|
| 8140 S. Chappel Ave | | None Visible | |

| 16A CITY-STATE | ZIP CODE | HOME TELEPHONE | 20 STATE/PLACE OF BIRTH | 21 DRIVERS LICENSE NO. | STATE |
|---|---|---|---|---|---|
| Chicago, Il | 60680 | 312 374-6962 | Il | None | |

| 22 RD NO. | 23 OCCUPATION | 24 BUSINESS NAME - ADDRESS | CITY-STATE ZIP CODE | BUSINESS TELEPHONE |
|---|---|---|---|---|
| Z-594269 | Student | DuSable HS | Chicago, Il | |

| 25 ADDRESS OF ARREST | 26 NO. ARRESTED | 27 LOCATION CODE FOR NATURE OF PREMISES | 28 BEAT OF ARREST | 29 DATE OF ARREST | TIME | 30 ARRESTEE TRANSPORTED |
|---|---|---|---|---|---|---|
| 5101 S. Wentworth | 4 | 330 | 221 | 5 Dec 95 | 1500 | 610 5142 1120 |

| 31 RESISTED ARREST | 32 WEAPON | 33 PROPERTY INVENTORY NO(S) | 34 FOR NARCOTIC ARREST | APPR WT | 1ST STREET VALUE $ |
|---|---|---|---|---|---|
| YES NO[X] | RIFLE PISTOL SHOT- REVOL.VLR GUN KNIFE OTHER (SPECIFY) | | ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE | NO. PILS | CALL ORIG ENTRE FAX 0-640 $ |

| 35 VEHICLE OF ARRESTEE | YEAR | MAKE | MODEL | BODY STYLE | COLOR | STATE LICENSE NO. OR VIN | DISPOSITION OF VEHICLE |
|---|---|---|---|---|---|---|---|
| DNA | | | | | | | |

| 36 PERSON/INVESTIGATIVE UNIT NOTIFIED | UNIT NOTIFIED | TIME | 37 DOES ARRESTEE HAVE IF YES, NAME OF YD MEMBER NOTIFIED TIME DEPENDENT CHILDREN AT HOME ☐ YES ☐ NO | 38 NAME OF A-S A-REL REV | CHARGES APPROVED |
|---|---|---|---|---|---|
| DNA | | | | Alesia | YES[X] NO[ ] 0430 |

| 39 VICTIM/COMPLAINANT | NAME | SEX | RACE | AGE | HOME ADDRESS | CITY-STATE | ZIP CODE | TELEPHONE NO. |
|---|---|---|---|---|---|---|---|---|
| | Ali, Yousef / Ibrahim, Khaled | M | 2 | 30 | 5741 W. 103rd St | Chgo, Il | | Deceased |

| VICTIM INJURED | IF YES - DESCRIBE INJURIES | VICTIM HOSPITALIZED | HOSPITAL NAME |
|---|---|---|---|
| YES[X] NO GSW's | | ☐ YES ☐ NO ☐ TREATED & RELEASED | Medical Exmainer |

| 40 REFERENCES (CH - PAR) | 41 OFFENSES | 42 DISPOSITIONS | 40 REFERENCES (CH - PAR) | 41 OFFENSES | 42 DISPOSITIONS |
|---|---|---|---|---|---|
| 1 | 720 ILCS 5/9-1a1 Murder | | 5 | | |
| 2 | 720 ILCS 5/9-1a1 Murder | | 6 | | |
| 3 | 720 ILCS 5/24-1.2(a)(2) Agg. Disch. 2 counts | | 7 | | |
| 4 | 720 ILCS 5/18-2(a) Armed Robb. 4 counts | | 8 | | |

43. NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following:)

R/Ds received information that above Troshawn McCoy participated in the murder of Khaled
Ibrahim and Yousef Ali, which occurred on 4 Dec 95. McCoy was contacted at school and voluntarily
accompanied R/Ds to Area One for an interview. At Area One, after waiving his Miranda Rights
McCoy confessed to his involvement and active participation in this murder and named his three
co-offenders.

ALSO ARRESTED: Lashawn Ezell, Charles Johnson & Larod Styles.

Gang Affiliation: G.D. (all four)

Arresting Officers Continued: Dets. L. Daly #21064, J. Posluzny #20997, S. Rajkovich #20645
B. Ryan #20867, G.S. J. Bloore #3081 & T. Richardson #3385

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

| FIRST ARRESTING/APPEARING OFFICER'S SIGNATURE | STAR NO. | UNIT | SECOND (2ND) SIGNATURE/STAR | STAR NO. | UNIT |
|---|---|---|---|---|---|
| J. Cassidy #20207 | 610 | | J. Belmer #70873 | | |

| 44. FIRST ARRESTING OFFICER - PRINT NAME - STAR NO | BEAT NO | FLU/FD | D.O GRP | MISD./ORD CRT KEY | 45 SECOND ARRESTING OFFICER - PRINT NAME - STAR NO | UNIT | 46 VEHICLE ASSIGNED ☐ ONE ☐ TWO ☐ IJPO ☐ IJPD ☐ OTHER |
|---|---|---|---|---|---|---|---|
| J. Cassidy | 5122 | Unk | | | D. Davis #21075 | 610 | |

| 47 APPROVAL OF PROBABLE CAUSE | 48 RESULTS OF FINGER/PRL CHECK WARR/INV/STIG | 49 STAR | 50 APPROVAL OF CHARGES - STAR - UNIT |
|---|---|---|---|
| St Kirby Kielton B/8 | | | St Kirch 311 6Dec95 1250 |

| 49 ADDRESS SEARCHED | STAR NO. - STAR NO. | UNIT | 51 DATE RECEIVED - TICKED | TIME | 52 PERS PHOTOGRAPHED | 53 TELEPHONE NO./CB STAR |
|---|---|---|---|---|---|---|
| Smith | 15799412 | | 6 Dec 95 0400 | | P/13 | 374-6960 |
| Huddleston | 30245202 | | 0438 | | | 3-8 |

COURT INFORMATION

| 59. ARR OF DESIRED COURT DATE | BRANCH/CALL | 60. COURT SGT. TO HANDLE | 61 INITIAL COURT DATE | BRANCH/CALL | 62 FINAL CRT DATE | BRANCH/CALL |
|---|---|---|---|---|---|---|
| 6 Dec 95 | 66 | ☐ YES ☐ NO | 6 Dec 95 80 | | | |

| 63 BONDED - DATE | TIME | 64 BOND RECEIPTED | 65 INITIAL COURT DOCKET NO. | 66 FINAL COURT DOCKET NO. | 66 FINAL JUDGE'S NAME |
|---|---|---|---|---|---|
| | | | | | |

PERMANENT RECORD — RECORDS DIV.

**CITY 00029**

FINGERPRINT CHECK ☐ YES ☐ NO

NAME (LAST, FIRST, MIDDLE)
MCCOY    TROSHAWN    S    M  B    10109-566

ADDRESS
810 S CHAPPEL
CHICAGO    IL    60680    SOCIAL SECURITY NO.

REASON PRINTED (APPLICATION TYPE OR ARREST CHARGE)  ARRESTED BY
MURDER/INTENT KILL/INJURE    MF  CASSIDY    5122

F.P. CLASS
10 U O M O
30 U 00 I

DATE PRINTED  TIME    PRINTED BY (PRINT NAME)
06 12 95  04:25    LANG    STAR/EMPLOYEE NO.  30200  002M

| 1. RIGHT THUMB | PATTERN | 2. RIGHT INDEX | PATTERN | 3. RIGHT MIDDLE | PATTERN | 4. RIGHT RING | PATTERN | 5. RIGHT LITTLE | PATTERN |
|---|---|---|---|---|---|---|---|---|---|

| 6. LEFT THUMB | PATTERN | 7. LEFT INDEX | PATTERN | 8. LEFT MIDDLE | PATTERN | 9. LEFT RING | PATTERN | 10. LEFT LITTLE | PATTERN |
|---|---|---|---|---|---|---|---|---|---|

| LEFT LITTLE | LEFT INDEX, MIDDLE & RING FINGER TAKEN SIMULTANEOUSLY | LEFT THUMB | RIGHT THUMB | RIGHT INDEX, MIDDLE & RING FINGER TAKEN SIMULTANEOUSLY | RIGHT LITTLE |
|---|---|---|---|---|---|

SIGNATURE — PERSON FINGERPRINTED    F.P. CLASSED BY

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

CPD-31.813 (Rev. 3/86)    **FINGERPRINT CARD/CHICAGO POLICE DEPARTMENT**

40X40G4

DBI 5501N/#01189/19951206-05:03

CITY 00030

# HOMICIDE

Case: 1:18-cv-01049 Document #: 460-53 Filed: 08/07/23 Page 32 of 74 PageID #:46715

71 - 594269

**SCENE**

| 1. ADDRESS NO. | DIR. | OCCURRENCE STREET | 5. DATE OCCURRENCE DAY MO YR | 6. TIME OCCURRENCE | 7. BEAT OF OCCUR. | 8. BEAT/UNIT ASSIGN. |
|---|---|---|---|---|---|---|
| 7,0,0,4 | S | Western Ave. | 04 DEC 95 | 1850 | 832 | 831 |

9. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE): other-used car lot — Page 1 of 2

10. LOCATION CODE 3 3 0 — 11. DATE R.O. ARRIVED — TIME 04 DEC 95 1908

1 YES ☒2 NO — ☐ON VIEW — ☐3 SUPERVISOR — ☒2 NO — ☒ C.O.S. — ☐ASSIGNED BY

True - 3

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**ADDITIONAL VICTIMS**

20. NO. VICTIMS: 2

| 21. NAME (LAST–FIRST–MI) | IDENTITY VERIFIED | 22. HOME ADDRESS (NO, DIR, STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. TIME AVAIL. | 27. OCCUPATION | 28. INJURED YES NO | 29. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|---|
| IBRAHIM, Khaled T. DEC 95 22 23 | ☐ | 5741 W. 103rd street O.L. | M 2 30 | | 776-2020 | Any | car sales | x | 24 |
| ALI, Yousef S. | ☐ | 3149 W. 71st street | M 2 33 | 582-1907 | 776-2020 | Any | car sales | x | 24 |

PARENT/GUARDIAN, IF JUVENILE

PERMANENT RETENTION FILE

**WITNESS**

30. NO. WIT.: 2

| 31. ☐1 DISCOVERED ☒2 WITNESSED ☐3 REPORTED OFFENSE. | 32. | | | | | | |
|---|---|---|---|---|---|---|---|
| Neira, Frank n.m.i. | 3829 s. Rockwell | M 2 42 | 376-4347 | 776-2020 | | | |
| ALI, Ali, S. | 5701 W. 106th street O.L. | M 2 24 | 425-8417 | 776-2020 | | | |

RACE CODES / RELATIONSHIP CODES (SEE NARRATIVE)

**OFFENDER**

40. NO. OFF: 2

| 41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42. HOME ADDRESS | 43. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC. | 44. C.B./F.B.I. NO. | 45. OFFENDER REL CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| Blk skull cap, grn. jacket, blk jeans  unk | | M 1 18 | 5 08 | 140 | Brn | | dark | N/V | | 24 |
| White jacket, Blk. jeans, mole, rt. upper lip | | M 1 18 | 5 08 | 140 | Brn | short | | lightmole rt lip | | 24 |

**CIRCUMSTANCES**

50. 51. OBJECT/WEAPON ☒1 USED ☐2 DISPLAYED ☐3 UNK — 52. FIREARM FEATURES — 53. POINT/ENTRY — 54. POINT/EXIT — 55. BURGLAR ALARM — 56. SAFE BURGLARY METHOD — 57. IF RESIDENCE, WHERE WERE OCCUPANTS

☒01 HAND GUN ... ☒02 REAR DOOR ... ☒01 FRONT DOOR

58. UNUSUAL CHARACTERISTICS OF OFFENSE: SEE NARRATIVE

59. GANG RELATED AFFILIATION ☐VICTIM ☐OFFENDER  611 unk.

**PROPERTY**

70. 71. DESCRIBE PROPERTY IN NARRATIVE — T = TAKEN; R = RECOVERED

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & Narc./Dang. Drugs | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T $ | T $ | T $ | T $ | T $ | T $ | T $ | T $ | T $ | T $ | T $ | T |

72. VEHICLE/TRAILER YEAR MAKE: ☒STOLEN ☐THEFT FROM / 92 Pont — BODY STYLE: 4 door COLOR: white V.I.N. 1G2H25263N1239481 — STATE LICENSE NO. none — 73. PROPERTY INVENTORY NO(S). — 74. VEH. INVENTORY NO.

**NARRATIVE**

80. Beat 731 monitored a call of a man shot at 7004 S. Western and arrived to find victims box 20 laying on the floor Victim #1 had a gun shot wound to his head and had no pulse upon R/Os arrival. Victim #2 appeared to have gun shot wounds to left upper chest and right abdomen but was coherant and able to speak to R/Os. Ambulance immediately called by R/Os to render assistance medical assistance to the victims. R/Os arrived and located the two witnesses in box 31.

81. SOBRIETY OF VICTIM ☒1 SOBER ☐2 HBD — 82 FLASH MESSAGE SENT? ☐1 YES ☒2 NO

**POLICE PERSONNEL**

| 91. EXTRA COPIES REQUIRED ☒NORMAL | 92. OFFICER NOTIFYING FOLLOW-UP INVESTIG. UNIT | UNIT NOTIFIED | PERSON NOTIFIED | ☒ARRIVED | DATE (DAY-MO-YR) | TIME |
|---|---|---|---|---|---|---|
| ☒CONT'D. OTHER SIDE ☒R.O. | P.O. Bechina 008 | A1/VC | Det. Flannigan #1948 | | 04 DEC 95 | 1948 |
| 93. FIRST OFFICER AT SCENE | 94. OFFICER NOTIFYING P.O. WUJCIK ☒1ST D/S ☐E.T. ☐M.E. | 1st Dep | WILLIS #2176 | | 04 DEC 95 | 2030 |

| 95. REPORTING OFFICER'S NAME (PRINT) | STAR NO. | OFFICER'S SIGNATURE | DATE INVEST. COMPLETED | 97. SUPERVISOR APPROVAL (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|
| P.O. Lori BECHINA | 9823 | | 04DEC95  2230 | SGT J. Andrews | 634 |
| 96. REPORTING OFFICER'S NAME (PRINT) P.O. Darlene WUJCIK | 18716 | | APPROVAL SIGNATURE | DATE APPROVED 04 DEC 95 2320 |

PD-11,380 (REV. 8/83)

CITY 00031

R.D. NO.

Z - 59

who related the following; approx. 20 minutes prior to the actual shooting the offenders came to the car lot and browsed around indicating by their actions an interest in a 1992 Pontiac bonneville SSE which at that time was parked inside the lot. Subjects then left and returned approx. 20 minutes later, then walked into the office and offender #1 began shooting striking victim #1 in the head knocking him out of the chair onto the floor. Victim #2 was then shot as he stood in front of the desk at the office and was knocked across the desk to the floor falling beside victim #1. Witnesses had dove to the floor when the shooting began and victim # 2 wound up falling on top of witnesses. Offenders then grabbed keys to various vehicles in key rack in office and went outside to attempt to start various vehicles. After unsuccessfully attempt to start Ford Taurus Offenders returned to office where upon Off #1 stated "This ones still alive, I'll shoot him again", leaned over desk and fired another shot into victim #2. Off. #1 then poked the witness and stated " If you move I'll pop you." Offenders then took additional keys from key rack to a 1992 Pontiac Bonneville which they had previously looked at and a 1995 Chevy Impala and then drove both vehicles from scene Southbound on Western. Prior to Offenders arrival the second time the Pontiac Bonneville had been moved from the lot to the sidewalk outside of the lot. 72. Items taken: (1) 1995 Chevrolet Impala 4 dr. Green in color. Vin#1G1BL52P1SR141187. Detectives arrived: Bt. 5116 Coughlin 20983 Fine 20213 CFD Chief #4412

NOTIFICATIONS ON SCENE: Bt.840 Sgt. Andrews Bt.720 Sgt. Garcia Bt.731, 846, 824, 855, 894, 850 CFD #58 and 30

Continued.

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE

SUPERVISOR'S SIGNATURE

DATE (DAY-MO-YR.)
4 Dec 95

| I-UCR OFFENSE CODE – ☐ CORRECT ☐ 2 REVISED | REV. CODE | I-UCR METHOD CODE 4.00 | METHOD ASSIGNED ☑1 FIELD ☐2 ADMIN. ☐3 SUMMARY | UNIT NO. 610 | OFFICER ASSIGNED 20213 | DATE ASSIGNED 6.12.95 | SUPV. STAR NO. 20/85 | INVESTIGATIVE FILE ☐1 YES ☐2 NO | REASSIGNED ☐1 YES ☐2 NO |

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

| OFFICER REASSIGNED – DATE STAR NO. | | STATUS ☐3 CLEARED CLOSED ☐6 EXC. CLEARED OPEN | ☐0 PROGRESS ☐1 SUSPENDED ☐4 CLEARED OPEN | ☐2 UNFOUNDED ☐5 EXC. CLRD, CLOSED ☐7 CLOSED–NON-CRIMINAL | IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) ☐1 ARREST & PROSECUTION ☐2 DIRECTED TO FAMILY COURT ☐3 COMPL. REFUSED TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPTIONAL | ☐ADULT ☐JUV. |

| VICTIM IDENTIFIERS ☐1 CORRECT ☐2 REVISED | VICTIM NO. | REVISED NAME | | | |

PERMANENT RETENTION FILE

REVISED ADDRESS

REVISED PHONE NO.
☐ HOME
☐ BUSINESS

| VALUE OF PROPERTY TAKEN/RECOVERED | ☐1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT. |

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMT. ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R | 9 HOUSEHOLD GOODS ☐T $ ☐R | 10 CONSUM. GOODS ☐T $ ☐R | 11 FIREARMS ☐T $ ☐R | & NARC/DANG. DRUGS ☐T $ ☐R | 15 OTHER ☐T $ ☐R | 16 NONE ☐T ☐R |

| SERIAL NOS. OR IDENTIFICATION NOS. | ☐1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED |

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

| PREPARED BY – SIGNATURE | | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY – SIGNATURE | | STAR NO. | DATE (DAY-MO-YR.) |

CITY 00032

| GENERAL OFFENSE | | | OFFENSE/INCIDENT—PRIMARY CLASSIFICATION | 2. SECONDARY CLASSIFICATION | | 3. R.D. NO. |
|---|---|---|---|---|---|---|
| CASE REPORT | UCR OFF CODE | | | | | Z - 5 9 4 2 6 9 |
| CHICAGO POLICE | | HOMICIDE | | | | |

**SCENE**

| 4. ADDRESS OF OCCURRENCE | | | | APT. NO. | 5. FIRE RELATED | 6. DATE OF OCCURRENCE — TIME | | | 7. BEAT OF OCCUR. | 8. BEAT/UNIT ASSIGN. |
|---|---|---|---|---|---|---|---|---|---|---|
| NO. 7,004 | DIR. S. | STREET Western | | | ☐1 YES ☒2 NO | DAY 04 | MO. DEC | YR. 95 | TIME 1850 | 832 | 831 |

| 9. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE) | 10. LOCATION CODE | 11. DATE R.O. ARRIVED — TIME | 12. ASSIGNED BY |
|---|---|---|---|
| other- used car lot     *Page 2 of 2* | 3 3 0 | 04 DEC 95  1908 | ☒1 C.O.S. ☐2 ON VIEW ☐3 SUPERVISOR |

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**VICTIMS / ADDITIONAL VICTIMS**

RACE CODES
1-BLACK  2-WHITE  3-BLACK-HISPANIC  4-WHITE-HISPANIC  5-AMER. IND./ALASK. NAT.  6-ASIAN/PACIFIC ISLANDER

OFFENDER/VICTIM RELATIONSHIP CODES (Use for Member of the Same Family or Household)
01-WIFE  02-HUSBAND  03-FORMER WIFE  04-FORMER HUSBAND  05-MOTHER  06-FATHER  07-SON  08-DAUGHTER  09-BROTHER  10-SISTER  11-AUNT  12-UNCLE  13-MOTHER-IN-LAW  14-FATHER-IN-LAW  15-SON-IN-LAW  16-DAUGHTER-IN-LAW  17-BROTHER-IN-LAW  18-SISTER-IN-LAW  19-OTHER RELATIVE  20-GIRL FRIEND  21-BOYFRIEND  22-FRIEND/ACQUAINTANCE  23-OTHER—SPECIFY  24-NO RELATIONSHIP

PERMANENT RETENTION FILE

**NARRATIVE** (Do not duplicate or repeat information — for explanation or additional information only)     page 3

The property was secured by HADDAH. Salem 8821 S. Tulley Oak Lawn, Il. Phone #(708)636-5897.

Crime Lab notified and on scene: Beat 9603 Karalow #13247  Tamkus #15239  1958 hours. 008 desk notified 1930 Reedy #15449.

C.O.S. 2100hours Emmerson #347. City Wide flash Robinson #377. M.E. notified 2035 hours Morris

| 81. SOBRIETY OF VICTIM | | 82. FLASH MESSAGE SENT |
|---|---|---|
| ☐1 SOBER  ☐2 HBD | | ☐1 YES  ☐2 NO |

**PERSONNEL**

| 95. REPORTING OFFICER'S NAME (PRINT) | STAR NO | OFFICER'S SIGNATURE | DATE INVEST. COMPLETED—TIME | 97. SUPERVISOR APPROVING (PRINT NAME) | STAR NO |
|---|---|---|---|---|---|
| P.O. DECHINA | 9823 | 9823 | 4 Dec 95 2230 | Sgt J Andrews | 631 |
| W.J. CIK | 18716 | 18714 | | APPROVAL DATE | 4Dec95 2320 |

PD-11.380 (REV. 8/83)

CITY 00033

3

Through further investigation R/Os learned Victim#2 passed away during surgery at Christ Hospital at 2040 hours by Dr. Gonzales.

Case #092 IBRAHIM 2210 hours pronounced by M.E. CANTRELL #57

Case # 094 ALI    2040 hours by Dr. Gonzales.

Field Lt. notified

PERMANENT RETENTION FILE

I HAVE REVIEWED THIS REPORT
AND BY MY SIGNATURE INDI-
CATE THAT IT IS ACCEPTABLE

SUPERVISOR'S SIGNATURE

DATE (DAY-MO-YR.)
134  4 Dec 95

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

| I-UCR OFFENSE CODE – | REV. CODE | I-UCR METHOD CODE | METHOD ASSIGNED | | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE | REASSIGNED |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐1 CORRECT ☐2 REVISED | | | ☐1 FIELD ☐2 ADMIN. ☐3 SUMMARY | | | | | | ☐1 YES ☐2 NO | ☐1 YES ☐2 NO |

| OFFICER REASSIGNED – | DATE | STATUS | | | | IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STAR NO. | | ☐3 CLEARED CLOSED ☐6 EXC. CLEARED OPEN | ☐0 PROGRESS ☐4 CLEARED OPEN | ☐1 SUSPENDED ☐5 EXC. CLRD. CLOSED | ☐2 UNFOUNDED ☐7 CLOSED–NON-CRIMINAL | ☐1 ARREST & PROSECUTION | ☐2 DIRECTED TO FAMILY COURT | ☐3 COMPL. REFUSED TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPTIONAL | ☐ADULT ☐JUV. |

| VICTIM IDENTIFIERS | VICTIM NO. | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO. |
|---|---|---|---|---|
| ☐1 CORRECT ☐2 REVISED | | | | ☐HOME ☐BUSINESS |

| VALUE OF PROPERTY TAKEN/RECOVERED | ☐1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT. |

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 10 CONSUM. GOODS | (-) FIREARMS | & NARC/DANG. DRUGS | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R |

| SERIAL NOS. OR IDENTIFICATION NOS. | ☐1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED |

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

| PREPARED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) |
|---|---|---|---|---|---|
| | | | | | |

CITY 00034

Identify and describe property taken. Indicate number of articles and values. If number of articles is large, list property on a separate sheet of paper (Inside Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations of such observations unless indicated otherwise.

| 4. DATE OF ORIG. OCCURRENCE–TIME | | |
|---|---|---|
| DAY 4 | MO. Dec | YR. 1995 | 1850 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I–UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/1st Degree Murder | 0110 | 7004 S. Western | 832 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | ☐ CORRECT ☐1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☐2 NO X | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ALI, Yousef | | | | 5055 |

| 7. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Auto sale store | 330 | 2 | |

| | 11. ☐ VERIFIED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|---|
| CIRCUM STANCE | | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

| PROPERTY | ☐ VERIFIED DNA ☐ UPDATE TO | DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN;   R = RECOVERED | | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT. | | | |
|---|---|---|---|---|---|---|---|
| | | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
| | | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | 6 FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST–FIRST–M.I.) | 21. I–UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN–JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

PERMANENT RETENTION FILE

| 31. C.B. NO. | | I.R. NO. Y.D. NO. REL. CODE | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. | | | | | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE 400 | 52. METHOD ASSIGNED ☒ FIELD ☐3 SUMMARY | UNIT NO. 610 | 53. STATUS ☐0 PROGRESS X | ☐1 SUSPENDED | ☐2 UNFOUNDED |
|---|---|---|---|---|---|---|---|

| STATUS CONT'D. | | | | 54. IF CASE CLEARED, HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐3 CLRD. CLOSED | ☐4 CLRD. OPEN | ☐5 EXC. CLRD. CLOSED | ☐6 EXC. CLRD. OPEN | ☐7 CLSD. NON-CRIM. | ☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. | ☐ ADULT ☐ JUV. |

| 55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. |
|---|

## 80. NARRATIVE

THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINER'S CASE NUMBER: 092 & 094 of December 1995    DEC 11 1995

DATE OF AUTOPSY:                          5 December 1995

PATHOLOGIST:                               DR. SEGOVIA

CAUSE AND MANNER OF DEATH:   092 Dec 95 (MULTIPLE GUN SHOT WOUNDS/HOMICIDE)
                                           094 Dec 95 (MULTIPLE GUN SHOT WOUNDS/HOMICIDE)

INVESTIGATION:             On todays date Dr. SEGOVIA performed an

autopsy on the bodies of Kaled IBRAHIM and

Yousef ALI. (Continued on Page Two )

| 80. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — | | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|---|
| D.N.A. | DAY 5 | MO. December | YR. 1995 | 1430 | Sgt DONKE | 2108 |
| 93. REPORTING OFFICER (PRINT NAME) STAR NO. Det. T. LAZAR   20338 | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | | | SIGNATURE | |
| SIGNATURE | SIGNATURE | | | 95. DATE APPROVED (DAY–MO.–YR.) | TIME | |

CPD-11.411-B (Rev. 8/88)                *MUST BE COMPLETED IN ALL CASES

CITY 00035

HOMICIDE/1st Degree Murder (0110)    PAGE TWO    Z-594-269

ALI, Yousef  M/W (2)    5 Dec 95

INVESTIGATION CONTINUED:

CASE # 092 Dec 95(IBRAHIM, Kaled M/W)
External and internal examination revealed the
presence of Two (2) gun shot wounds:
#1, gun shot wound entrance to the left side
of the head 5" below the top of the head and
8" left of the midline, lodged.
#2, gun shot wound entrance to the upper
right chest 13" below the top of the head and
2.5" right of the midline, lodged.

Internal examination also revealed the presence
of Two (2) medium caliber jacketed bullets which
were recovered by Dr. SEGOVIA and inventoried
by Crime Lab personnel.

Dr. SEGOVIA has determined the cause of death
as MULTIPLE GUN SHOT WOUNDS and the
manner is HOMICDIE.

CASE # 094 Dec 95(ALI, Yousef M/W)
External and internal examination revealed the
presence of Two (2) gun shot wounds:
#1, gun shot wound entrance to the upper
left chest 12" below the top of the head and
3.5" left of the midline, lodged.
#2, gun shot wound entrance to the right side
of the abdomen 26" below the top of the head
and 6.5" right of the midline, lodged.

Internal examination also revealed the presence
of Two (2) medium caliber jacketed bullets which
were recovered by Dr. SEGOVIA and then inven-
toried by Crime Lab Personnel.

Dr. SEGOVIA has determined the cause of death
as MULTIPLE GUN SHOT WOUNDS and the
manner is HOMICIDE.

Dr. SEGOVIA also related that the Four (4)
bullets that were recovered were similar
and appear to the 9MM bullets.

This is a progress report...............

PERMANENT RETENTION FILE

Report of Det. T. LAZAR # 20338, FID.



CITY 00036



#2, GSW, entrance

#1, GSW, entrance

PERMANENT RETENTION FILE

MEDICAL EXAMINERS CASE #: 092 December 1995 (IBRAHIM, Kaled M/W)

PATHOLOGIST:  DR. SEGOVIA

CAUSE & MANNER OF DEATH:  MULTIPLE GUN SHOT WOUNDS/HOMICIDE.

INJURIES: #1, GSW, entrance to the left side of the head, lodged.
#2, GSW, entrance upper right chest, lodged.

EVIDENCE: Two (2) medium caliber jacketed bullets (9MM) recovered and
inventoried.




RD# Z-594-269

CITY 00037



#1, GSW, entrance

#2, GSW, entrance

PERMANENT RETENTION FILE

MEDICAL EXAMINERS CASE #: 094 December 1995 ( ALI, Yousef M/W)

PATHOLOGIST: DR. SEGOVIA

CAUSE & MANNER OF DEATH: MULTIPLE GUN SHOT WOUNDS/HOMICIDE.

INJURIES: #1, GSW, entrance upper left chest, lodged.
#2, GSW, entrance right side of the abdomen, lodged.

EVIDENCE: Two (2) medium caliber jacketed bullets (9MM) recovered and
inventoried by Crime Lab Personnel.

RD#Z-594-269

CITY 00038

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4. DATE OF ORIG. OCCURRENCE—TIME | | |
|---|---|---|
| * DAY | MO. | YR. |
| 04 | -Dec | -95 | 1850 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE XX VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| * Homicide/First Degree Murder | 0110 | 7004 S. Western | 832 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | | CORRECT ☐XX YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES ☐XX NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|---|
| * IBRAHIM, Khaled T. | | | | | 5116 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| * Used Car Lot | 330 | | 2 |

| 19. CIRCUM-STANCES | 11. ☐XX FIXED ☐ UPDATE TO | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 19. | DESCRIBE PROPERTY IN NARRATIVE. T – TAKEN;    R = RECOVERED | | | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT. | | |
|---|---|---|---|---|---|---|

| PROPERTY | ☐ VERIFIED XX | ☐ UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|---|---|
| | | | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | (-) FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. | | | | OFF. 2 | | | | |

| 33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 34 SERIAL NOS. OR IDENTIFICATION NOS. | ☐ 1 DNA | ☐ 2 VERIFIED | ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS, THIS DATE (IF SAME ENTER N/A) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☐XX OLD ☐ 3 SUMMARY | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| | | 400 | | 610 | ☐XX PROGRESS   ☐ 1 SUSPENDED   ☐ 2 UNFOUNDED |

| STATUS CONT'D. ☐ 3 CLRD. CLOSED  ☐ 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED ☐ 1 ARREST & PROSEC.  ☐ 2 CLEARED TO JUV. CRT.  ☐ 3 COMPL. RFUSD. TO PROSECUTE  ☐ 4 COMMUNITY ADJUSTMENT  ☐ 5 OTHER EXCEPT. | ☐ ADULT ☐ JUV. |
|---|---|---|---|---|---|

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

Crime Analysis Unit Code: ROB

THIS IS A PROGRESS REPORT TO BE READ IN CONJUNCTION WITH ALL OTHER REPORTS

FILED UNDER THIS RD NUMBER. FORMAT AND INVESTIGATION BEGINS ON PAGE TWO.

PERMANENT RETENTION FILE

DEC 7 1995

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — * DAY   MO.   YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 05-DEC-95 | 2330 | Sgt. Fitzgerald | 2184 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. |
|---|---|---|---|
| * Det. J. Fine | 20213 | Det. T. Coughlin | 20983 |
| SIGNATURE | | SIGNATURE | 95. DATE APPROVED (DAY - MO. -YR.) |
| | | | 6 Dec 95   TIME |

CPD-11/411-B (Rev. 8/87)

CITY 00039

```
Detective Division                              6 Dec 1995
Area 1 Violent Crimes        Page 2            RD# Z 594 269
```

VICTIMS:
#1. <u>IBRAHIM</u>, Khaled T. M/W/30 Dob ████████ Address: 5741 W. 103rd St. Oak Lawn, Ill. Tel# (708) 582-1907. SSN 465 65 4012. Co-owner of Elegant Auto Sales, 7004 S. Western. Tel# 776-2020. Wearing black leather zipper jacket, multicolored blue pullover shirt, white T-shirt, black jeans, black shoes, white socks, yellow metal wrist watch. ME# 94 Dec 95.

#2. <u>ALI</u>, Yousef S. M/W/32 dob ████████, Address: 7249 S. Richmond Tel# 582-1907. SSN 504 02 9011. Co-owner of Elegant Auto Sales. NFD. ME# 92 Dec 95.

WANTED:
#1. M/B/18, 5'8, 140, brn eyes, blk hair worn short, mark on rt lip, lt comp. Wearing a white jacket and black jeans.

#2. M/B/18, 5'8, 140, brn eyes, blk hair, dark comp. Wearing a blk skull cap, green jacket, black jeans.

INJURIES:
Victim# 1; 1 GSW to left side of head above the ear, and 1 GSW to the throat below the adams apple. FATAL.

Victim# 2; 1 GSW to left side of chest, 1 GSW to right side, 1 GSW to chin. FATAL.

TAKEN TO:
#1. Taken to CCMEO by Bt# 771. Pronounced by ME Cantrell #57 @ 2210 hrs.



-2-

PERMANENT RETENTION FILE

Detective Division                                      6 Dec 1995
Area 1 Violent Crimes          Page 3          RD# Z 594 269


                                    #2. Taken to Christ Hospital
                                    by CFD# 58. Pronounced @ 2040
                                    hrs. by Dr. Gonzalez.

WEAPON:                             Unknown type handgun.

LOCATION:                           In the office of the Elegant
                                    Auto Sales car lot at 7004 S.
                                    Western.

DATE & TIME:                        Monday, 4 Dec 95, 1850 hrs.

WEATHER/ LIGHTING:                  Clear and mild/good artificial
                                    light.

MANNER/ MOTIVE:                     The offenders shot the
                                    victim's during the course of
                                    an armed robbery/personal
                                    gain.

IDENTIFIED BY:                      IDs found on deceased. Formal
                                    identification pending.

PROPERTY TAKEN:                     One 1995 Chevrolet Impala 4
                                    Dr, green in color, VIN
                                    1G1BL52P1SR141187.

                                    One 1992 Pontiac Bonneville 4
                                    Door, white in color. NFD.

EVIDENCE:                           Photographs of scene;

                                    C/U photos of victim #1;

PERMANENT RETENTION FILE  Photos of white pontiac at
                                    2417 W. 70th St.

                                    Fingerprints from vehicles
                                    handled by the offenders.

                                    Fingerprints from the
                                    recovered vehicles following
                                    "Super Glue" procedures.

                                    Inv# 1584551; misc. sticker
                                    pieces discarded from the



—3—

CITY 00041



```
Detective Division                                    6 Dec 1995
Area 1 Violent Crimes          Page 4              RD# Z 594 269
```

windows of the recovered
vehicles. Submitted for AFIS.

Inv# 1574850; One claw hammer
found in recovered vehicle
(LEC780) at 2345 W. 70th St.

PERSONNEL ASSIGNED:          Det. A. Szudarski #20259; A1VC
                             Det. R. Paulnitzky #20709; "

                             Det. L. Kelly #20936,          "
                             Det. D. McDonald #20628         "

                             Det. J. Halloran #20453         "
                             Det. K. Boudreau #20435         "

                             Det. S. Buglio #20865           "
                             Det. F. Valadez #21008          "

                             Det. G. Holmes #20223           "

                             Det. T. Coughlin #20983         "
                             Det. J. Fine #20213             "

                             Bt# 831, Off. Cechina #9823
                                      Off. Wujcik #18716

                             Bt# 840, Sgt. Andrews #634

                             Bt# 720, Sgt. Garcia #1670

                             Bt# 894, Off. Ryan #7636

                             Bt# 771, Off. Bore #7459
                                      Off. Bresnehan #8238

                             Bt# 9603, Tec. Karalow #13247
                                       Tec. Stankus #15239

                             Bt# 622, Off. Whitehead #11320

                             Bt# 620, Sgt. Spencer #1974

                             Bt# 9601, Tec. Butler #10448
                                       Tec. Ferrari #5150

PERMANENT RETENTION FILE



CITY 00042

```
Detective Division                              6 Dec 1995
Area 1 Violent Crimes        Page 5            RD# Z 594 269
```

```
                              Bt# 9603, Tec. Reynolds #12947
                                    Tec. Majewski #13021
```

WITNESSES:                    ALI, Ali M/W/24 dob ███████
                              Address: 5701 W. 106th St.
                              Chgo Ridge, Ill. Tel# (708)
                              425-8417. Salesman for Elegant
                              and the brother of Victim #2.

                              NEIRA, Frank M/W/42
                              Address: 3829 S. Rockwell Tel#
                              376-4347. Car hiker for
                              Elegant Auto Sales.

INTERVIEWED:                  TADROS, Munther M/W/38
                              Address: 12630 S. Menard
                              Alsip, Ill. RTel# (708) 385-
                              2465. Salesman for Prestige
                              Auto Sales 7000 S. Western.
                              Tel# 476-5300.

                              ████████████ M/B/16
                              Address: ██████
                              ██████████████  heard several
                              shots.

                              HADDAD, Saleem M/W/35
                              Address: 3719 W. 79th St. Tel#
                              (708) 636-5097.

INVESTIGATION:                The R/Ds were assigned to two
                              men shot in the used car lot
at 7004 S. Western.

                        Arriving at the scene,
information was exchanged with uniformed personnel, who informed
the R/Ds that one of the victims was dead, and the other was
removed to Christ Hospital by CFA #58. Bt# 5131, Dets. Szudarski
and Paulnitzky proceeded to Christ, while the crime scene was
examined by the R/Ds and Bt# 5135, Dets. McDonald and Kelly. Bt#
5125, Dets. Myles and McCadd conducted a canvass of the area.

                        The scene is the Elegant Used
Auto Sales lot at 7004 S. Western. The lot dimensions are roughly
90' X 125'. The cars on the lot are late models and are arranged

PERMANENT RETENTION FILE

                              -5-

CITY 00043



in rows facing the street. The office is located on the
northwestern quadrant of this lot. The office is constructed of
cinder block, and has one door, which faces east toward Western.
There are windows on the south and east walls of the structure.
The interior dimensions are estimated to be 15' X 15'. Several
chairs are lined against the north and west walls. In the S-W
corner is a filing cabinet, and next to it on the west wall is a
hanging cabinet, which is open, revealing several sets of car
keys hanging from hooks. There is a desk in the middle of the
room, and behind this desk, the victim is found. The victim is
lying on his right side, with his back partially propped against
the south wall. There is a slowly widening pool of blood
emanating from the head area. The victim's head is to the east,
and his feet are to the NW. A bullet hole is evident in the left
side of the victim's head, just above the center of the ear.
Later, after the Mobile Crime Lab arrives, a second bullet wound
is found just above the victim's sternum in the center of his
throat.

PERMANENT RETENTION FILE

Bt# 9603, Karalow and Stankus
arrived at the scene and processed the office, as well as several
cars that the offenders displayed an interest in.

The two eye witnesses, ALI and
NEIRA were interviewed, and gave the following account of the
murders. It should be noted here that each of the witnesses
displayed a somewhat limited use of English, and each would try
to assist the other from time to time.

The witnesses had noticed the
offenders looking over cars and talking to the victims. The
offenders left the lot, and the witnesses and the victims went
back into the office. The offenders reappeared, walking into the
office and opening fire with a handgun. Khaled was sitting
against the west wall, and was the first one hit by the gunfire,
being knocked out of the chair and onto the floor by the force of
the bullets. Simultaneously, NEIRA and Ali ALI dove to the floor.
Yousef ALI was standing in front of the desk. When the offender
turned and shot him, the bullets drove him backward across the
desk and onto the two witnesses. The offenders then grabbed
several sets of car keys from the cabinet, and went out into the
lot, where they attempted to match them to the cars. Being at
first unsuccessful, they came back into the office. The offender
with the gun, hearing Yousef ALI praying, said to his companion,
"This one's still alive. I'll shoot him again". With that, he
leaned across the desk and fired another bullet into Yousef. He
poked NEIRA with the gun barrel, and told him, "If you move, I'll



-6-

CITY 00044

Detective Division                                          6 Dec 1995
Area 1 Violent Crimes          Page 7              RD# Z 594 269


pop you". The offenders then grabbed more of the car keys from
the rack, and returned to the lot. The witnesses eventually heard
two of the cars start and drive off of the lot.

                              The witnesses agreed to return
to A1VC with the R/Ds in an attempt to identify the offenders.
The premises were secured by IBRAHIM's brother-in-law, Saleem
HADDAD.

                              At Area 1, the R/Ds were
rejoined by Bt# 5131, who related that victim #2 had died during
surgery.

                              While the witnesses were
attempting to identify the offenders utilizing the photo albums,
word was received that the two autos taken by the offenders had
been recovered at 79th and Ingleside.

                              The R/Ds went to the scene of
the recovery. and requested94Xthathe vehicles be preserved for
processing by the Crime Lab. Arrangements were made to have the
vehicles towed to Grand and Central, where they were subsequently
"Super Glued" by Bt# 9603, Tecs. Reynolds and Majewski.

                              Returning to Area 1 VC, the
detectives found that the witnesses had exhausted the available
supply of photos with negative results.

                              This Investigation
continues...
                     PERMANENT RETENTION FILE


Det. Joseph D. Fine #20213
Det. Thomas M. Coughlin #20983



                              -7-

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property, Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
### CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

DATE OF THIS OCCURRENCE 04Dec95 YR. 1850

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I.UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | 1 VERIFIED | 2 CORRECTED | 3. R.D. OCCUR. |
|---|---|---|---|---|---|
| * HOMICIDE/First Degree Murder | 0110 | *7004 S. Western | | | 8832 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | XX CORRECT ☐1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. XX RELATED ☐1 YES ☐2NO | 7. R.D. ASSIGNED 5919 |
|---|---|---|---|---|
| * IBRAHIM, Khaled T. | | | | |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OFFENDERS |
|---|---|---|---|
| Used Car Lot | 330 | * 02 | 02 |

| CIRCUM. STANCES | 11. VERIFIED / UPDATE | 12. OBJECT/OFFENSE CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15.POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO. |
|---|---|---|---|---|---|---|---|---|

19. DESCRIBE PROPERTY IN NARRATIVE. T=TAKEN; R=RECOVERED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY ☐ VERIFIED ☐ UPDATE TO | 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T ☐R | 4 CLOTHING ☐T ☐R | 7 OFFICE EQUIPMENT ☐T ☐R | 8 TV, RADIO, STEREO ☐T ☐R |
|---|---|---|---|---|---|---|
| | 9 HOUSEHOLD GOODS ☐T ☐R | 0 CONSUM. GOODS ☐T ☐R | (-) FIREARMS ☐T ☐R | & NARC./DANGEROUS DRUGS ☐T ☐R | 5 OTHER ☐T ☐R | 6 NONE ☐T ☐R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED | 27. VICTIM NO. |
|---|---|---|---|---|---|---|---|---|
| 1. | ALI, Yousef S. | 0110 | 3149 W. 71St. | M/2/33 | 582-1907 | 776-2020 | XX NO | 24 |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | | I.R. NO., Y.D. NO. OR J.D.A. NO. | 30. OFFENDER IREL. CODE | C.B. NO. | | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|---|
| OFF | | | | | | | | | |

*PERMANENT RETENTION FILE*

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR(S) | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | XX | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☐1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS, THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| -100 | | ☐1 FIELD ☐3 SUMMARY | 610 | XX 1 PROGRESS | ☐1 SUSPENDED ☐2 UNFOUNDED |

| STATUS CONT'D. | 3 CLRD. CLOSED | 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED | | | | | ☐ADULT ☐JUV. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. |

55. ☐FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035

| 80. NARRATIVE | *** This is a Line-Up Supplementary Report *** |
|---|---|

Date, Time, Location of Line-Up;       05Dec95 / 1930        Area One

Persons Conducting Line-Up;       Det. J. Fine
                                  Det. T. Coughlin          A1/VC

                                                            DEC 7 1995

Supervisor in Charge of Line-Up;       Sgt. D Benoit

Person Viewing this Line-Up;       HUDLEY, Andrew

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|
| Normal. | *05-Dec-95 YR. | | 2200 | | |
| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | |
| * F. VALADEZ | 21008 | T. COUGHLIN | 20983 | | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY–MO.–YR.) | TIME |

CPD-11.411-A (Rev. 8/85)          *MUST BE COMPLETED IN ALL CASES

CITY 00046

Detective Division Area One        Page Two        RD # Z-594269

Person Photographing Line-Up;      Beat # 5102G    M. Morrow #7982

From Left to Right:     Identified    #1 STYLES, Larod     CB

                                           #2 McCoy, Troshawn    CB

                                           #3 JOHNSON, Charles    CB

                                           #4 EZELL, Antonio    CB

                                           #5 ROSS, Raji D.    CB

                                                               CB

Investigation;                  On this date, a line-up was conducted in Area One relative to an investigation recorded under RD # Z-594269 Andrew HUDLEY viewed the line up , and identified #1 STYLES, Larod as one of two offenders who entered the Elegant Auto Sales at 7004 S. Western and after entering the dealership the 2nd offender produced a handgun and fired several shot striking IBRAHIM and ALI, striking them both fatally.



PERMANENT RETENTION FILE

Detective Division Area One



CITY 00047

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, how it and its description (include Property Inventory number). If property taken was scribed for Operation Identification, indicate I,D. number at end of description. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, weight, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

95-180-181

| SUPPLEMENTARY REPORT | | | 4. DATE OF ORIG. OCCURRENCE–TIME | | |
|---|---|---|---|---|---|
| CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY | All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise. | | DAY 4 | MO. Dec 1995 | 1850 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|
| Homicide/1st degree murder | | 0110 | 7004 S. Western | 832 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒ YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| IBRAHIM, Khaled T. | | | | 5122 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Used Car Lot | 330 | 2 | 4 |

| CIRCUM-STANCES | 11. ☒ VERIFIED ☐ UPDATE | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WOULD OCCUP. CODE NO. |
|---|---|---|---|---|---|---|---|---|

19. DESCRIBE PROPERTY IN NARRATIVE, T = TAKEN; R = RECOVERED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | ☐ VERIFIED ☐ UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|---|
| | | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | (-) FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T $ ☐ R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | JOHNSON, Charles | 7251 S. Claremont | M/1/19 | 5.8 | 170 | brn | blk | med |
| 2. | MC COY, Troshawn | 8140 S. Chappel | M/1/17 | 511 | 150 | brn | blk | med |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | 10109638 | 1065932 | 24 | OFF. 2 10109566 | 1143833 | 24 | 4 | 610 |

| 33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

PERMANENT RETENTION FILE

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☐1 DNA | ☐2 VERIFIED | ☒3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☐1 ☐ FIELD ☐3 SUMMARY | UNIT NO. 610 | 53. STATUS ☐0 PROGRESS | ☐1 SUSPENDED | ☐2 UNFOUNDED |
|---|---|---|---|---|---|---|---|
| DNA | | | | | | | |

| STATUS CONT'D. | 54. IF CASE CLEARED, HOW CLEARED | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒X☒ RD. CLOSED | ☐4 CLRD. OPEN | ☐5 EXC. CLRD. CLOSED | ☐6 EXC. CLRD. OPEN | ☐7 CLSD. NON-CRIM, | ☒X☒ ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. | ☒X☒ ADULT ☐ JUV |

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

PB 20146

80. NARRATIVE

Crime Analysis Unit Code:

This is a Cleared/Closed by arrest Supplementary report.
The contents of the report ill continue on page #2.

DEC 1 4 1995

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|
| normal | DAY 8 | MO. Dec YR. 1995 | 0800 | Sgt Bonler 2108 | |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | 95. DATE APPROVED (DAY–MO.–YR.) | TIME |
|---|---|---|---|---|---|
| James Cassidy | 20207 | D. Davis/L. Daly | 21075 | 12 DEC 9 | |

SIGNATURE | SIGNATURE

CPD 11,411-B (Rev. 8/85)          *MUST BE COMPLETED IN ALL CASES

CITY 00048

Detective Division                                    RD# Z594269
Area-One Violent Crimes                        13 December 1995

In Custody:                    1. JOHNSON, Charles M/B/19 ███████
                                  7251 S. Claremont
                                  5.8, 170lbs, med compl.
                                  IR#1065932

                               2. MC COY, Troshawn M/B/17 ███████
                                  8140 S. Chappel
                                  5.11, 150 lbs, med compl
                                  IR#1143833

                               3. STYLES, Larod M/B/16 1███████
                                  7354 S. Oakley
                                  5.10, 150 lbs, med compl.
                                  CB#10109574, IR#1143834

                               4. EZELL, Lashawn M/B/15███████
                                  7316 S. Claremont
                                  5.9, 135 lbs, med copml.
                                  CB#10109516, IR#1143832

Gang Affiliation:              Gangster Disciples

Arresting Officers:            (Johnson)
                               Sgt. S. Zaborac #1139
                               G/S J. Bloore #3081
                               G/S T. Richardson #3385
                               Det. L. Daly #21064
                               Det. B. Ryan #20867
                               Det. J. Fine #20213
                               Det. R. Paulnitsky #20709
                               Det. A. Szudarski #20259

                               (STYLES)
                               Det. T. Coughlin #20983
                               Det. F. Valadez #21008
                               G/S J. Bloore #3081
                               G/S T. Richardson #3385

                               (MC COY)
                               Det. J. Cassidy #20207
                               Det. D. Davis #21075
                               Det. L. Daly #21064

                               (EZELL)
                               Det. L. Daly #21064

PERMANENT RETENTION FILE

CITY 00049

```
Detective Division                              RD# Z594269
Area-One Violent Crimes                    13 December 1995
```

Arresting officers cont'd:     Det. D. Davis #21075
                               Det. T. Coughlin #20983
                               Det. F. Valadez #21008

Date/Time & Location of Arrest: (Johnson) 5Dec1995, 1725 hrs, at
                               7251 S. Claremont

                               (MC Coy)  5Dec1995, 1500 hrs, at
                               5101 S. Wentworth

                               ((Styles) 5Dec1995, 1700 hrs, at
                               7354 S. Oakley

                               ((Ezell, Lashawn) 5Dec1995, 1725
                               hrs at 7355 S. Western.

Charges/Court Branch & Date:   Felony 1st degree murder on all
                               four arrestees in addition to Agg.
                               Discharge of firearm and armed
                               robbery on each. Br.66 court
                               apprearance on 8Dec1995.

Vehicle Used:                  Black Chevy 4dr HGF480 Ill.

Property Recovered:            One 1995 chevy Ipala, green in
                               color, VIN#1G1BL52P1SR141187
                               One 1992 Pontiac Bonneville,
                               4dr, white in color (NFD)
                               (Processed by bt. #9603)
                               Inv. Karalow #13247
                               Inv. Stankus #15239
                               (Presently being held for evidence)

PERMANENT RETENTION FILE

Evidence:                      Line-up photos
                               written statements of arrestees

Notifications:                 ASA Alesia of the felony review
                               unit

Witnesses:                     HUDLEY, Andrew M/B/30 █████████
                               6714 S. Oakley PH#778-4223
                               SS# ████████ (EYE)

                      Page 3



CITY 00050

Detective Division                                    RD# Z594269
Area-One Violent Crimes                          13 December 1995


Statements:                    Oral and hand-written
                               and court reported

Investigation:                 Reporting detectives were assigned
                               by Sgt. Tuider of this command to
the follow-up investigation regarding the double murder of Khaled
IBRAHIM and Yousef ALI. It should be further noted that an
anonymous phone call was received at the Area One Violent Crimes
office with information regarding the aforementioned homicides. A
male black in possibly his fifties stated that one of the offenders
in the killing of the two men at the Western Ave car dealership was
Troshawn MC COY who was 17 years old and attending Dunbar H.S. The
man stated that MC Coy told him about the shooting and said it was
done for "kicks". He also related that MC Coy's mother's name was
Collette and her phone number was 374-6962. Reporting contacted
Chicago Police Officer Spann who is detailed at Dunbar High School.
Officer Spann substantiated the fact that Troshawn MC Coy was
presently in school and was further able to determine his mother's
name was Collette.

                               Reporting detectives subsequently
                               went to Dunbar High school, made
contact with Troshawn MC COY, and he agreed to come into Area One
Violent Crimes office to be interviewed. After being advised of his
rights by Det Cassidy and stating he understood each of those
rights, MC Coy agreed to speak to reporting. He related initially
in summary but not verbatim that he knew nothing of the murders on
Western ave. However, after being informed that someone had
implicated him in the homicides MC Coy stated that he was at the
car dealership but did not shoot anyone. He then went on to relate
that he met some friends by the names of Charles JOHNSON, Larod
STYLES, and Lashawn EZELL. JOHNSON had a gun and showed it to
everyone before placing it back inside his waistband. According to
MC COY, the meeting took place on 4Dec1995 at approximately 1800hrs
in the area of 75th & Claremont. JOHNSON told them he knew about a
car dealership at 70th and Western where there were some nice cars.
He then said they would rob the place while using his gun, take two
of the cars, so they could later strip them for parts and make some
money. Everyone agreed to the plan and drove to 70th and Western
ave in JOHNSON'S black chevy.

                               JOHNSON parked the chevy in front
                               of the dealership, exited the car,
and then he and STYLES went inside the dealersip office. MC COY and

                          Page 4

CITY 00051



Detective Division                                    RD# Z594269
Area-One Violent Crimes                           13 December 1995

Investigation cont'd:          EZELL got in the front of the
                               chevy. They were to lookout for the
police and honk the horn in order to warn JOHNSON and Styles.
MC Coy said he heard what sounded like six gunshots before seeing
Johnson and Styles coming out of the office. They were trying keys
in the car doors. JOHNSON left the premise driving a white car
while STYLES was driving a green car. The cars went southbound on
Western. MC COY drove the black chevy behind them until they went
eastbound on 71st. He stopped the Chevy at 73rd and Western and got
out. He then went home. It should be mentioned that the felony
review unit of the States Attorney's Office was contacted and ASA
Joe ALESIA responded. MC COY repeated the aforementioned to ASA
Alesia and a court reported statement was subsequently given by
MC COY and signed by him.

                               It should be noted that an
                               extensive effort was made at this
time in order to locate the other involved offenders in this double
murder. Sgt. Zaborac and his robbery mission team along with other
Area One personnel were able to locate Charles JOHNSON, Lashawn
EZELL, and Larod STYLES and bring them into Area One Violent Crimes
Office.

PERMANENT RETENTION FILE

                               EZELL, Lashawn was interviewed.
                               After being advised of his rights
and stating he understood each of his rights in addition to the
fact he could be charged as an adult in this case, EZELL agreed to
speak with reporting. He related in summary but not verbatim that
on 4Dec1995 at around 1800 hrs he walked with Larod STYLES to 75th
and Claremont where he observed Troshawn MC COY and Charles JOHNSON
inside JOHNSON'S 4dr black chevy. MC COY called them over and said
they were going to get a truck from a car lot. EZELL and STYLES got
in the back of the car when MC COY said that they were going to
stick-up the manager of the car dealership. At this time JOHNSON
showed them a gun. They drove to 70th and Western and parked the
car in front of the dealership. JOHNSON and STYLES went inside the
office while EZZEL and MC COY got into the front of the Chevy with
MC COY on the driver side. EZELL said he and MC COY were suppose to
act as lookouts and honk the car horn if any police came by. He
also said that he was promised a little something for helping out
in the robbery. EZZEL further stated he heard four shots and then
saw a white car and green car drive off out of the lot. MC COY
followed driving the black chevy southbound before taking EZELL
home.

                               Page 5

CITY 00052



Detective Division                                          RD# Z594269
Area-One Violent Crimes                                13 December 1995

Investigation cont'd:            EZELL said he later met STYLES at
                                 73rd and Claremont. STYLES told him
that he thought Johnson had shot someone. The two of them went back
to 70th Western and the police were there. They learned some people
had been shot and some cars had been stolen. It should be mentioned
that the aforementioned was repeated to ASA Alesia and Youth Officer
C. GREEN star #10738. It was reduced to a hand-written statement
and signed by Ezell.

                                 Larod STYLES was interviewed. After
                                 being advised of his rights and
stating he understood each of his rights in additon to fact that he
could be charged as adult in this case, STYLES areed to speak with
reporting. He related in summary but not verbatim that he wanted to
get a transmission for his grandmother's car. On 3 Dec 95, he went
to the car lots on Western ave. looking for a car for his
grandmother. He talked with the Arab owner of the dealership
located at 70th and Western ave. and was a promised a car but the
deal fell through. He told Charles JOHNSON about his not getting
the car and JOHNSON said they should rob it. STYLES told EZELL and
MC COY to act as lookouts while he and JOHNSON went inside the
dealership. Johnson had a gun and Styles followed him inside the
office. There were four Arab men inside and Johnson started
shooting the gun. STYLES took some keys from the wall and ran
outside. He tried to start one car but it didn't start so he went
to a green chevy and was able to get that one started. JOHNSON came
out and then ran back inside. He eventually took a white
Bonneville. The four offenders met at 74th& Campbell. STYLES said
he went home afterward but did return to 70th and Western where he
saw police and ambulance personnel. It should be noted that the
aforementioned was repeated to ASA Alesia and Youth Officer S.
Terrell star #4574. A court reported statement was taken and
subsequently signed by Larod STYLES.

 PERMANENT RETENTION FILE

                                 JOHNSON, Charles was interviewed.
                                 After being advised of his rights
and stating he understood each of his rights, JOHNSON agreed to
speak with reporting. Johnson related in summary but not verbatim
that he owns a black chevy and 38 caliber revolver. JOHNSON said
he, MC COY, STYLES and EZELL drove to 75th and Claremont. MC COY
said they were "fixin' to get some cars and to drive over to
Western ave. JOHNSON parked the car at 70th and Western and he
along with STYLES got out. The plan was for them two to rob the
dealership while EZELL and MC COY acted as look-outs outside. Both
offenders went inside and after a brief discussion JOHNSON took out

                          Page 6

CITY 00053

Detective Division                                          RD# Z594269
Area-One Violent Crimes                                13 December 1995

Investigation cont'd:                    his gun and began firing. He said he
                                         saw the Arabs falling. Both he and
Styles grabbed some car keys and each took a car. They drove
southbound and around 71st he threw the gun away. He parked the car
at 74th and Western where he got out. Johnson said he then went
home. It should be noted that the aforementioned was repeated to
ASA Alesia and reduced to a handwritten statement which was signed
by Johnson.

                          HUDLEY, Andrew was interviewed.
                          He related in in summary but not
verbatim that he was on the street and approximately fifty feet
from the car lot when he heard five or six shots. He observed two
male blacks parked in the street in a dark Chevy and saw two more
coming out of the office. They were attempting to get into cars on
the lot. One of the two went back into the office and Hudley heard
another shot. He came out and two cars sped out of the lot while
the dark chevy followed southbound behind. It should be mentioned
that in a line-up Hudley identified Larod Styles as one of the men
he saw exiting the dealership office.

                          ASA ALESIA after interviewing all
concerned in this investigation approved charges of first degree
murder as well as Aggravated Discharge of Firearm and armed robbery
against the offenders in this case. Reporting detectives request
the case be classified Cleared/Closed by arrest and prosecution.

Det. James Cassidy#20207/Det. Luke Daly #21064/Det. D. Davis#21075
Det. T. Coughlin #20983/Det. F. Valadez #21008/Det. B. Ryan #20867

                    Area One Violent Crimes



PERMANENT RETENTION FILE



CITY 00054

Case: 1:18-cv-01049 Document #: 460-53 Filed: 08/07/23 Page 56 of 74 PageID #:46739

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly what found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender: approximate description, if possible, should include name if known, nickname; sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, name, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME** 04-DEC-95 1850

| | | | |
|---|---|---|---|
| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT HOMICIDE/First Degree Murder | 1-UCR OFF. CODE 0110 | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE □1 VERIFIED □2 CORRECTED 7004 S. Western | 3. BEAT OF OCCUR. 832 |

| | | |
|---|---|---|
| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT IBRAHIM, Khaled T. | CORRECT □YES □2 NO / IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED □1YES □2NO 7. BEAT ASSIGNED 5119 |

| | | | |
|---|---|---|---|
| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED Used Car Lot | LOCATION CODE 330 | 9. NO. OF VICTIMS 02 | 10. NO. OF OFFENDERS 04 |

**CIRCUM**

| 11. VERIFIED/UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|
| □ □ | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED / FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

**PROPERTY**

| □ VERIFIED □ UPDATE TO | 1 MONEY □T $ □R | 2 JEWELRY □T $ □R | 3 FURS □T $ □R | 4 CLOTHING □T $ □R | 7 OFFICE EQUIPMENT □T $ □R | 8 TV, RADIO, STEREO □T $ □R |
|---|---|---|---|---|---|---|
| | 9 HOUSEHOLD GOODS □T $ □R | 2 CONSUM. GOODS □T $ □R | (-) FIREARMS □T $ □R | & NARC./DANGEROUS DRUGS □T $ □R | 5 OTHER □T $ □R | 6 NONE □T □R |

**VICTIMS UPDATE/ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | ALI, Yousef S. | 0110 | 3149 W. 71St. | M/2/33 | 582-1907 | 776-2020 | X | 24 |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF 1 | | | | | | | | |

PERMANENT RETENTION FILE

| 33. OFF'S. VEHICLE □USED □STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. XX | □1 DNA | □2 VERIFIED | □3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED □1 FIELD □3 SUMMARY | UNIT NO. 610 | 53. STATUS □X PROGRESS □1 SUSPENDED □2 UNFOUNDED |
|---|---|---|---|---|---|

**STATUS CONT'D.**

| □3 CLRD. CLOSED | □4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED □1 ARREST & PROSEC. | □2 DIRECTED TO JUV. CRT. | □3 COMPL. RFUSD. TO PROSECUTE | □4 COMMUNITY ADJUSTMENT | □5 OTHER EXCEPT. | □ADULT □JUV. |
|---|---|---|---|---|---|---|---|---|---|---|

55. □ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

### *** This is a Line-Up Supplementary Report ***

Date, Time, Location of Line-Up;        05Dec95 / 1950        Area One

Persons Conducting Line-Up;        Det. J. Fine
                                   Det. T. Coughlin/ F. Valadez   A1/VC

Supervisor in Charge of Line-Up;        Sgt. D Benoit

Person Viewing this Line-Up;        HUDLEY, Andrew

JUL 0 3 1996

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) Normal. | 91. DATE THIS REPORT SUBMITTED YR. 12-MAY-96 | TIME 1800 | 92. SUPERVISOR APPROVING (PRINT NAME) STAR NO. Sgt M Andrews 2102 |
|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) F. VALADEZ STAR NO. 21008 | 94. REPORTING OFFICER (PRINT NAME) T. COUGHLIN STAR NO. 20983 | SIGNATURE | SIGNATURE |
| SIGNATURE | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) 30 MAY 1996 | TIME 1745 |

CPD-11,411-B (Rev. 8/85)        *MUST BE COMPLETED IN ALL CASES

CITY 00055

Detective Division Area One          Page Two          RD # Z-594269

Person Photographing Line-Up;          Beat # 5102G    M. Morrow #7982

From Left to Right:    Identified    #1 STYLES, Larod          CB

                                     #2 McCoy, Troshawn         CB

                                     #3 JOHNSON, Charles        CB

                                     #4 EZELL, Lashawn          CB

                                     #5 MOORE, Antonio          CB

                                                                CB

Investigation;                    On this date, a line-up was conducted
in  Area One   relative to an investigation recorded  under RD # Z-594269
Andrew HUDLEY viewed the line up , and identified #1 STYLES, Larod as one of
two offenders who entered the Elegant Auto Sales at 7004 S. Western and
after entering the dealership the 2nd offender produced a handgun and fired
several shot striking IBRAHIM and ALI, striking them both fatally.

                                     F. VALADEZ    #21008
                                     T, COUGHLIN   #20983
                                     J. FINE       #20213

This is a correction of a previously submitted line-up report correcting the
first name of #4, and the name of participant #5

PERMANENT RETENTION FILE

Detective Division Area One



CITY 00056

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, how found and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE—TIME
DAY: 04-DEC-95   1850

| | | |
|---|---|---|
| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT * HOMICIDE/First Degree Murder | I-UCR OFF. CODE 0110 | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED * 7004 S. Western | 3. BEAT OF OCCUR. * 832 |

5. VICTIM'S NAME AS SHOWN ON CASE REPORT
* IBRAHIM, Khaled

CORRECT ☐1 YES ☑2 NO    IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.

6. FIRE RELATED ☐1 YES ☑2 NO

7. BEAT ASSIGNED * 5112

6. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED
* Used Car Lot

LOCATION CODE 330

9. NO. OF VICTIMS * —2—

10. NO. OF OFFENDERS 4

| 11. ☐VERIFIED ☐UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15.POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|
| | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| | | | | |
|---|---|---|---|---|
| VERIFIED | 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
| UPDATE TO | 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T $ ☐R |

| 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 26. BUSINESS PHONE | 26. IN JUR. YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF | | OFF. | | | | | |

PERMANENT RETENTION FILE

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | XX | | | | | | |

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED    LIST ALL CORRECTIONS & NEW or ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) DNA | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☐1 FIELD ☑2 SUMMARY | UNIT NO. 610 | 53. STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|

STATUS CONT'D.

| ☐3 CLRD. CLOSED | ☐4 CLRD. OPEN | ☐5 EXC. CLRD. CLOSED | ☐6 EXC. CLRD. OPEN | ☐7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. | ☐ADULT ☐JUV. |
|---|---|---|---|---|---|---|

55. ☐FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

## *** This is a Line-Up Supplementary Report ***

Date, Time, Location of Line-Up;          05DEC95, 2125 hours    A/1 VC
                                          5101 S. Wentworth

Persons Conducting Line-Up;               Det. K. Boudreau #20435   Unit 610
                                          Det. Coughlin/Valadez

Supervisor in Charge of Line-Up;

Person Viewing this Line-Up;              ALI, Ali

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) Normal. | 91. DATE THIS REPORT SUBMITTED YR. 12-MAY-96 | TIME 1800 | 92. SUPERVISOR APPROVING (PRINT NAME) STAR NO. Sgt. M Andrews 2162 |
|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) STAR NO. *Det. K. Boudreau #20435 | 94. REPORTING OFFICER (PRINT NAME) STAR NO. Det. T. Coughlin 20983 | SIGNATURE | 95. DATE APPROVED (DAY—MO.—YR.) TIME 12 MAY 1996 1630 |

SIGNATURE

CPD-11,411-B (Rev. 8/85)    *MUST BE COMPLETED IN ALL CASES

CITY 00057

95. R.D. NO. Z-594269

Detective Division Area One
Homicide/1st Degree Murder

Page Two

RD # Z594269

Person Photographing Line-Up;

Beat # 5102  P.O. M. Morrow  #7982

From Left to Right:      Identified   #1 STYLES, Larod          CB

                                     #2 McCOY, Troshawn        CB

                                     #3 JOHNSON, Charles       CB

                                     #4 EZELL, Lashawn         CB

                                     #5 ROSS, Raji             CB

PERMANENT RETENTION FILE                                      CB

Investigation;
                                    On this date, a line-up was conducted
in  A/1 VC    relative to an investigation recorded  under RD # Z594269
During the initial viewing of the above lineup, the witness ALI related
that he could be not be sure, but believed that one of the offenders who had
entered the office and fired a handgun striking the victims was standing in
position #1. ALI related that he was "99% sure" but would not commit that
STYLES was one of these offenders. R/Det along with ALI then left the linup
room and went to an office where ALI became visibly upset. ALI related to
R/Det that he was in fear of his life after witnessesing the murder of
IBRAHIM and and his brother ALI, Yousef.  R/Det assured ALI that he did not
have to worry and that the Chicago Police Department would do everything to
ensure his safety. ALI then requested to view the lineup and asked R/Det to
have the participants state the words, "this one is still alive". The
participants were directed to state the words at which time ALI related that
he was now sure that STYLES was one of the offenders who shot and killed the
victims.

Report of:
                     Det. K. Boudreau       #20435
                     Det. T. Coughlin       #20983

Original Report lost second submission.

Detective Division Area One



CITY 00058

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

OCCURRENCE 04 DEC 95 1850
DAY MO. YR.

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | CODE | ORIG. ADDRESS | VERIFIED | CORRECTED | OF OCCUR. |
|---|---|---|---|---|---|---|
| HOMICIDE/First Degree Murder | 0110 | 7004 | S. Western | | | 832 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT | | 6. FIRE RELATED | ASSIGNED |
|---|---|---|---|---|
| IBRAHIM, Khaled | ☐ 1 YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | ☐ 1 YES ☐ 2 NO | 5112 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Used Car Lot | 330 | 2 | 4 |

| 11. VERIFIED / UPDATE TO | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|
| ☐ VERIFIED / ☐ UPDATE TO | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 5 CONSUM. GOODS ☐ T $ ☐ R | 5 FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 6 OTHER ☐ T $ ☐ R | 6 NONE ☐ T $ ☐ R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT., NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| | 31. C.B. NO. | I.R. NO./ Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
| OFF | | | OFF. 2 | | | | | |

*PERMANENT RETENTION FILE*

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☐ 1 DNA | ☐ 2 VERIFIED | ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|
| DNA | | | | |

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☐ 1 FIELD ☐ 3 SUMMARY | 610 | 53. STATUS ☐ 0 PROGRESS | ☐ 1 SUSPENDED | ☐ 2 UNFOUNDED |
|---|---|---|---|---|---|---|---|

| STATUS CONT'D. | | | | | 54. IF CASE CLEARED, HOW CLEARED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 3 CLRD. CLOSED | ☐ 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | ☐ 1 ARREST & PROSEC. | ☐ 2 DIRECTED TO JUV. CRT. | ☐ 3 JUV., RFUSD. TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPT. | ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 20435

80. NARRATIVE      *** This is a Line-Up Supplementary Report ***

Date, Time, Location of Line-Up;          05DEC95, 1930 hours      A/1 VC
5101 S. Wentworth

Persons Conducting Line-Up;          Det. K. Boudreau #20435      Unit 610
Det. Fine/Daly/Davis

Supervisor in Charge of Line-Up;

Person Viewing this Line-Up;          ALI, Ali

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE SUBMITTED | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal. | 2 MAY 96 DAY MO. YR. | 1800 | SGT WM ANDREWS 2162 | |
| 93. REPORTING OFFICER (PRINT NAME) | 94. DETNG OFFICER | STAR NO. | SIGNATURE | |
| Det. K. Boudreau #20435 | Det. T. Coughlin | 20983 | | |
| SIGNATURE | SIGNATURE | | 95. DATE APPROVED (DAY–MO.–YR.) | TIME |
| | | | 13 MAY 96 | |

CPD-11.411 (REV. 6/85)          *MUST BE COMPLETED IN ALL CASES

CITY 00059

R.D. NO. Z 594269

Detective Division Area One      Page Two      RD # Z594269
Homicide/1st Degree Murder


Person Photographing Line-Up;      Beat # 5102   P.O.   M. Morrow   #7982


From Left to Right:      Identified    #1 STYLES, Larod      CB

                                       #2 McCOY, Troshawn      CB

                                       #3 JOHNSON, Charles      CB

                                       #4 EZELL, Antonio      CB

                                       #5 ROSS, Raji      CB

                                                                   CB

PERMANENT RETENTION FILE

Investigation;                        On this date, a line-up was conducted
in A/1 VC     relative to an investigation recorded under RD # Z594269
During the initial viewing of the above lineup, the witness ALI related
that he could be not be sure, but believed that one of the offenders who had
entered the office and fired a handgun striking the victims was standing in
position #1. ALI related that he was "99% sure" but would not commit that
STYLES was one of these offenders. R/Det along with ALI then left the linup
room and went to an office where ALI became visibly upset. ALI related to
R/Det that he was in fear of his life after witnessesing the murder of
IBRAHIM and and his brother ALI, Yousef. R/Det assured ALI that he did not
have to worry and that the Chicago Police Department would do everything to
ensure his safety. ALI then requested to view the lineup and asked R/Det to
have the participants state the words, "this one is still alive". The
participants were directed to state the words at which time ALI related that
he was now sure that STYLES was one of the offenders who shot and killed the
victims.


Report of:                 Det. K. Boudreau     #20435
                           Det. T. Coughlin     #20983


Original Report lost second submission.


Detective Division Area One




CITY 00060

**CRIME SCENE PROCESSING REPORT**
**CHICAGO POLICE DEPARTMENT**

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO. | RD NO |
|---|---|---|---|
| Homicide (follow-up) | 0110 | Z-593355 | Z-594269 (A) |

| ADDRESS OF SERVICE | VICTIM'S NAME | | |
|---|---|---|---|
| 2345 W. 70th St. (parkway) | KHALED, Ibrahim | | |

| | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|
| | M W 30 | 2 008 823 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| Crime scene follow-up | Bt.5116 -- Det. J. Fine#20213 | 5Dec95 0050 | 9601 |

**PHOTOGRAPHY**

| | | | |
|---|---|---|---|
| A | O/A-Exterior Buick(LEC780) parked on parkway at 2345 W. 70th St. O/A-Interior Buick | D | G |
| B | C/U-Peeled steering column C/U-Hammer on drivers floor | E | H |
| C | O/A-Area at 2345 W. 70th St. | F | I |

**FINGERPRINTS**

| ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|

| MED NEG LIFT | | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F N |
|---|---|---|---|---|---|---|
| W | 1 | (1)-Interior passenger door window | | | | |
| W | 1 | (2)-Interior passenger door window | | | | |
| W | 1 | Exterior passenger door window | | | | |

| POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☐ PALMS ☐ FINGERPRINTS ☐ IMPRESSIONS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | 5Dec95 |
|---|---|---|---|---|

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| 1984 | Buick 2Dr | White | LEC780 Il. | 1G4AJ47A2EH402615 |

**PHYSICAL EVIDENCE**

| PROP INVENT NO - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| 1574850--177 | One claw hammer and miscellaneous paper and plastic items recovered from floor of front seat of Olds (LEC 780 Il.) parked on parkway at 2345 W. 70th St. | LA |

PERMANENT RETENTION FILE

**DETAILS OF CASE** Above noted automobile (LEC780) recovered running, parked on parkway at 2345 W. 70th St. with the steering column peeled reported stolen under RD.#Z-593355. Vehicle suspected of being used in the double homicide RD.#Z-594269, at 7022 S. Western, 4Dec95. Vehicle searched for physical evidence (unable to gain access to trunk) and examined for ridge impressions at location of recovery with the results noted above.

Z-594269 A

| INVESTIGATING OFFICER'S NAME - | STAR NO | UNIT | BEAT OFFICER'S NAME - | STAR NO | UNIT |
|---|---|---|---|---|---|
| Det. J. Fine#20213 | | 610--Bt.5116 | | | |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO | UNIT | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|---|
| John Butler#10448 & Ronald Ferrari#5150 -- 177 | | 5Dec95 | 0110 | 0515 |

| TECHNICIAN'S SIGNATURE | DATE | APPROVING SUPERVISOR (PRINT NAME) - STAR NO |
|---|---|---|
| | 5Dec95 | SGT AUGUSTUS W.LOTT 1610 |
| | | SUPERVISOR'S SIGNATURE |

CPD 21 949 (REV 10/92)

CITY 00061

RD NO

**CRIME SCENE PROCESSING REPORT**
**CHICAGO POLICE DEPARTMENT**

| | CLASSIFICATION OF OFFENSE/INCIDENT | IUCR CODE | OTHER NO | RD NO |
|---|---|---|---|---|
| | Homicide (two shot) | 0110 | | Z 594 269 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST -BEAT OCCUR |
|---|---|---|---|
| 7004 S. Western (Elegant Auto Lot) | Khaled, Ibrahim | M/W/30 | 1  008  831 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| Crime Scene | Bt. 831 | 4 Dec.95  1930 | 9603 |

**PHOTOGRAPHY**

| | | | |
|---|---|---|---|
| A | O/A auto sales office exterior | D | O/A green pont. in lot at 7004 S. Western | G |
| B | O/A interior of office O/A victim on floor in office | E | O/A 70th. st. West view | H |
| C | C/U victim ID photo @ wounds left side of head and chest | F | O/A white Pont. four door 2417 W. 70 th. st. | I |

| FINGERPRINTS | ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED | NEG | LIFT | LOCATION FOUND | F.N. | MED | NEG | LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|---|---|---|---|
| W | | 2 | ridge impressions taken from hood of Pont. in lot | | B | | 1 | ridge impression taken from drivers door handle, front (2417 W. 70th. st.) | |
| W | | 2 | ridge impressions taken from front fender drivers side, in lot | | | | | | |
| B | | 1 | ridge impression taken from door (pass. front) handle (Pont. 2417 W. 70th. st.) | | W | | 2 | Ridge imp. taken pass. window front exterior (2417 W. 70th. st.) | |

| POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE | RACE ☐ ADULT ☐ JUVENILE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☑ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE 5 Dec 95 |
|---|---|---|---|---|

| VEH YEAR  MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|
| Pont. 92  SSE 4 door | green | none | 1G2HZ5218N1308678 |

**PHYSICAL EVIDENCE**

| PROP INVENT NO - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| ADDITIONAL VEHICLE | Pont. 1992  4 door, white. License #DL 5521 Il.(1G2HX53L0N1232198 | |
| | | |
| | *PERMANENT RETENTION FILE* | |
| | | |
| | | |

**DETAILS OF CASE**  Victim #2  Ali, Yosef M/M/30
Met Det. Fine and learned that both victims were shot during a robbery. Victim #1 Khaled, Ibrahim was shot in the side of head, and chest DOA at scene. Victim #2 Ali, Yosef sustained multable gunshot wounds to neck, chest, abdomen and is listed in critical condition at the Crist Hospital. The scene was photographed and searched for physical evidence with the above listed results. Unable to recover clothing victim in surgery.

Victim #1 was fingerprinted and photographed at scene.

Z 594 269

| INVESTIGATING OFFICER'S NAME - STAR NO | UNIT | BEAT OFFICER'S NAME  STAR NO | UNIT |
|---|---|---|---|
| Det. Fine #20213 Det. Coughlin #20983 | 5116 | P.O. Bechina #9823 P.O. Wujcik  #18761 | 831 |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|
| Inv. Karalow #13247 Inv. Stankus #15239 | 177 | 4 Dec.95 | 1950 | 2330 |

| TECHNICIAN'S SIGNATURE | DATE | APPROVING SUPERVISOR (PRINT NAME) - STAR NO |
|---|---|---|
| J. Karalow  D. Stankus | 4 Dec.95 | SGT AUGUSTUS W. LETT / 610 |
| | | SUPERVISOR'S SIGNATURE  Augustus W. Lett |

CPD-21.949 (REV 10/92)

CITY 00062

CRIME SCENE PROCESSING REPORT
CHICAGO POLICE DEPARTMENT

CLASSIFICATION OF OFFENSE/INCIDENT: *HOMICIDE*  LUCR CODE *0110*  OTHER NO.  RD NO. *Z-594269*

| ADDRESS OF SERVICE *5101 S. WENTWORTH* | VICTIM'S NAME *ALI Yousef* | SEX-RACE-AGE *M-2-35* | AREA-DIST -BEAT OCCUR *1-008-832* |
|---|---|---|---|

| ASSIGNMENT TYPE *LINE-UP PHOTOS* | REQUESTED BY *DET FRANCIS VALADEZ* | DATE RECEIVED - TIME *5 DEC 95  2200* | UNIT ASSIGNED *5128* |
|---|---|---|---|

**PHOTOGRAPHY**

| A *I.D.* | D *GROUP LT* | G *#1 LT* |
|---|---|---|
| B *GROUP FRONT* | E *GROUP RT.* | H *#1 RT* |
| C *GROUP FRONT* | F *#1 FRONT IDENTIFIED* | I |

| FINGERPRINTS | ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE  ☐ ADULT ☐ JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☐ PALMS  ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|---|

| VEH  YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|

**PHYSICAL EVIDENCE**

| PROP INVENT NO - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| | | |
| | *PERMANENT RETENTION FILE* | |
| | | |
| | | |

**DETAILS OF CASE**

1.) STYLES, Larod M-1          IDENTIFIED

2.) McCOY, Tinoshawn M-1

3.) JOHNSON, Charles M-1

4.) EZELL, Lashawn M-1

5.) ROSS, Raja M-1

| INVESTIGATING OFFICER'S NAME - *DET. FRANCIS VALADEZ* | STAR NO *21008* | UNIT | BEAT OFFICER'S NAME - *D — N — A* | STAR NO. | UNIT |
|---|---|---|---|---|---|

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT *MORROW MARK 7982  610* | DATE ARRIVED *5 DEC 95* | TIME *2200* | TIME COMPLETED *2215* |
|---|---|---|---|

| TECHNICIAN'S SIGNATURE *Mark Morrow* | DATE *5 DEC 95* | APPROVING SUPERVISOR (PRINT NAME) - STAR NO *SGT Daniel Benoit 2249*  SUPERVISOR'S SIGNATURE |
|---|---|---|

CPD-21 949 (REV 10/92)

# CRIME SCENE PROCESSING REPORT
## CHICAGO POLICE DEPARTMENT

| CLASSIFICATION OF OFFENSE/INCIDENT | I.U.C.R. CODE | OTHER NO. | |
|---|---|---|---|
| Homicide follow-up | 0110 | | 2594269 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST | BEAT OCCUR |
|---|---|---|---|---|
| Pound#4 | Khaled,Ibrahim | M/W/30 | 1 | 008 |
| | Ali,Yosef | M/W/30 | | |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| FPX-Super Glue process | 5110 | 5 Dec 95 0515 | 9602 |

## PHOTOGRAPHY

| | | |
|---|---|---|
| A | D | G |
| B | E | H |
| C | F | I |

| FINGERPRINTS | ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R.NO. |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|---|

| VEH.YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| 1994 | Pontiac | White | None | 1G2H25219N1284911 |
| 1995 | Chev | Green | None | 161B1152P1Sr141187 |

## PHYSICAL EVIDENCE

| PROP INVENT NO - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| | | |
| | PERMANENT RETENTION FILE | |
| | | |

## DETAILS OF CASE

On request of Det Fine#20213.PFIs went to Pound#4 and set =up the above vehicles, recovered at 7911 Ingleside.for "Super Glue" fingerprint examination.

2594269

| INVESTIGATING OFFICER'S NAME - | STAR NO | UNIT | BEAT OFFICER'S NAME - | STAR NO | UNIT |
|---|---|---|---|---|---|
| Fine#20213/Cuoghlin#20983 | 5110 | | | | |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|
| J.Moran#7073 | 5 Dec 95 | 0540 | 1000 |
| T.Bachelder#12680 | 177 | | |

| TECHNICIAN'S SIGNATURE | DATE | APPROVING SUPERVISOR (PRINT NAME) - STAR NO |
|---|---|---|
| Joseph Moran | 5 Dec 95 | W. O'Connor 8342 |
| | | SUPERVISOR'S SIGNATURE |

CPD-21.949 (REV 10/92)

CITY 00064

CRIME SCENE PROCESSING REPORT
CHICAGO POLICE DEPARTMENT

HOMICIDE · 0110 · Z 594 269

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| 5/01 S. WENTWORTH | ALI Yousef | M-2-33 | 1-008-832 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| LINE-UP PHOTOS | DET. THOMAS COUGHLIN | 5 DEC 95 1930 | 5116 |

## PHOTOGRAPHY

A  I.D. CARD.

B  GROUP FRONT (2)

C  GROUP LT

D  GROUP RT.

E  #1 FRONT   #1 RT
   #1 LT  IDENTIFIED
   #2 FRONT   #2 RT
   #2 LT

G  #3 FRONT   #3 RT.
   #3 LT

H  #4 FRONT   #4 RT
   #4 LT

I

### FINGERPRINTS

| | ELIM. PRINTS ☐YES ☐NO | IN CUSTODY ☐YES ☐NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| POSSIBLE SUSPECT INFORMATION ☐MALE ☐FEMALE | ☐ADULT ☐JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|---|

| ☐PALMS ☐IMPRESSIONS ☐FINGERPRINTS | SUITABLE FOR COMPUTER ☐YES ☐NO | PRINTS SUITABLE FOR COMPARISON ☐YES ☐NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|---|

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|

## PHYSICAL EVIDENCE

| PROP INVENT NO - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| | 2 ROLLS OF FILM | |
| | | |
| | PERMANENT RETENTION FILE | |
| | | |

### DETAILS OF CASE

1.) STYLES, Larod  M-1   IDENTIFIED

2.) McCOY, Troshawn  M-1

3.) JOHNSON, Charles  M-1

4.) EZELL, Lashown  M-1

5.) MOORE, Antonio  M-1

| INVESTIGATING OFFICER'S NAME - DET THOMAS COUGHLIN | STAR NO 20983 | UNIT 610 | BEAT OFFICER'S NAME - N A | STAR NO A | UNIT |
|---|---|---|---|---|---|

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT MORROW, MARK 7982 610 | DATE ARRIVED 5 DEC 95 | TIME 1930 | TIME COMPLETED 2020 |
|---|---|---|---|

| TECHNICIAN'S SIGNATURE Mark Morrow | DATE 5 DEC 95 | APPROVING SUPERVISOR (PRINT NAME) - STAR NO SGT Daniel BENO11 2249 SUPERVISOR'S SIGNATURE |
|---|---|---|

CPD-21 949 (REV 10/92)

CITY 00065
NO 594 269

**CRIME SCENE PROCESSING REPORT**
**CHICAGO POLICE DEPARTMENT**

CLASSIFICATION OF OFFENSE/INCIDENT: I-UCR CODE 1110   OTHER NO.   RD NO. Z594269

Classification: HOMICIDE

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| 5101 S. WENTWORTH | IBRAHIM, KHALED / ALI, YOUSEF, SALIM | M / 1 / 30   M / 2 / 32 | A/1   231 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| Photo Request | Bt 5142 | 6 DEC 95 - 1200 | 2109 |

**PHOTOGRAPHY**

| | | |
|---|---|---|
| A O/A - LEFT FRONT | D O/A - LEFT REAR | G C/U - VIN # |
| B O/A - RIGHT FRONT | E O/A - RIGHT SIDE | H O/A - LEFT SIDE |
| C O/A - RIGHT REAR | F O/A - LEFT SIDE | I O/A - RIGHT SIDE / C/U - CITY VEH STICKERS ON WINDSH. |

**FINGERPRINTS**

| ELIM. PRINTS ☐YES ☐NO | IN CUSTODY ☐YES ☐NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | D N·A | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| POSSIBLE SUSPECT INFORMATION ☐MALE ☐FEMALE ☐ADULT ☐JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☐PALMS ☐IMPRESSIONS ☐FINGERPRINTS | SUITABLE FOR COMPUTER ☐YES ☐NO | PRINTS SUITABLE FOR COMPARISON ☐YES ☐NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|---|

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|

**PHYSICAL EVIDENCE**

| PROP INVENT NO - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| | D - N - A | |
| | | |
| | PERMANENT RETENTION FILE | |
| | | |

**DETAILS OF CASE**

R/T WAS REQUESTED TO PHOTOGRAPH A BLACK CHEVY
CAPRICE CLASSIC 4DR. IL LIC - HGF 480 11/96
VIN - 2G1AN69H4D1236557, IN REGARDS TO A HOMICIDE
INVESTIGATION.

| INVESTIGATING OFFICER'S NAME - L DALEY | STAR NO 21064 | UNIT A/VC | BEAT OFFICER'S NAME - | STAR NO | UNIT |
|---|---|---|---|---|---|

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|
| BLOCK, Michael 2731 - 021 | 6 DEC 95 | 1200 | 1245 |

| TECHNICIAN'S SIGNATURE: Michael Block | DATE 6 DEC 95 | APPROVING SUPERVISOR (PRINT NAME) - STAR NO / 604   SUPERVISOR'S SIGNATURE |
|---|---|---|

CPD-21.449 (REV 10/92)

CITY 00066

**CRIME SCENE PROCESSING REPORT**
**CHICAGO POLICE DEPARTMENT**

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO. | RD NO |
|---|---|---|---|
| HOMICIDE | 0110 | 092 DEC 95<br>094 DEC 95 | Z 594 269 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST -BEAT OCCUR |
|---|---|---|---|
| 092 DEC 95<br>M.E.O.094 DEC 95 | Khaled T. IBRAHIM<br>Yousef ALI | M/W | 1-008 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| | 9600 | | 9605 |

**PHOTOGRAPHY**

| A I.D. 094 DEC 95 | D | G |
|---|---|---|
| B | E | H |
| C | F | I |

| FINGERPRINTS | ELIM. PRINTS<br>☐ YES ☐ NO | IN CUSTODY<br>☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| POSSIBLE SUSPECT INFORMATION<br>☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☐ PALMS ☐ IMPRESSIONS<br>☒☒ FINGERPRINTS | SUITABLE FOR COMPUTER<br>☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON<br>☐ YES ☐ NO | INITIALS OF<br>EXAMINER | DATE |
|---|---|---|---|---|

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|

**PHYSICAL EVIDENCE**

| PROP INVENT NO - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| | ******094 DEC 95 Yousef ALI ***************************** | |
| 1567192    C/L | 1 Vial of Blood | SE |
| 1567193 | 1 Blk jacket,1 blk shirt,1 whi tee shirt 1alethec shirt | TR<br>WHITE |
| 1567194 | 1 sealed Bullet env | FA |
| | *******092 DEC 95 Khaled IBRAHIM ***************************** | |
| 1567195 | 1 vial of blood | SE |
| 1567196 | whi-tee shirt,Mulitcolor SHIRT | TR |
| 1567197 | 1 sealed Bullet env. | FA |

DETAILS OF CASE

Received From Dr. SEGOVIA

PERMANENT RETENTION FILE

| INVESTIGATING OFFICER'S NAME - | STAR NO | UNIT | BEAT OFFICER'S NAME - | STAR NO | UNIT |
|---|---|---|---|---|---|
| DET. FINE | 20213 | 610 | | | |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|
| KELLY, Thomas A.    17176    177 | 5 DEC 95 | 0700 | 1600 |

| TECHNICIAN'S SIGNATURE | DATE | APPROVING SUPERVISOR (PRINT NAME) - STAR NO |
|---|---|---|
| *Thomas C Kelly* | 5 DEC 95 | SUPERVISOR'S SIGNATURE |

CPD-21 949 (REV 10/92)

CITY 00067

Z 594 269

RD
NO

**CRIME LABORATORY REPORT**
CRIME LABORATORY DIVISION/CHICAGO POLICE

| INCIDENT/OFFENSE CLASSIFICATION | I-UCR OFF. CODE | RD NO. |
|---|---|---|
| HOMICIDE / MURDER | 0110 | Z594269 |

| VICTIM'S NAME | DISTRICT AREA | DATE OF THIS REPORT |
|---|---|---|
| ALI,YOUSEF IBRAHIM,KHALED T. | 177 | 07-12-95 |

| DEFENDANT'S NAME | LABORATORY UNIT |
|---|---|
| | FIREARMS |

SUMMARY FINDINGS   -   FIREARMS EVIDENCE


     The following fired evidence was submitted to the Crime Laboratory for
examination, classification and evaluation relative to RD Z594269:

| INVENTORY NUMBER | DATE RECEIVED | CLASS CHARACTERISTICS | SUITABLE FOR COMPARISON | PLACED IN OPEN CASES |
|---|---|---|---|---|
| 1567194 | 06-12-95 | 357/38SPL 5R | Yes | Yes |
| 1567197 | 06-12-95 | 357/38SPL 5R | Yes | Yes |

     None of the submitted fired evidence has been identified with a
specific weapon. All evidence that has not been placed in the open
case file has been forwarded to the Evidence and Recovered Property Unit.



PERMANENT RETENTION FILE



PAGE 1 OF 1 PAGES

RD NO Z-5 94269

| EXTRA COPIES REQUIRED (NOT RECIPIENT) | REPORTING MEMBER (PRINT NAME) Richard W. Chenow |
|---|---|
| NO DATA | SIGNATURE *Richard W. Chenow* |

CITY 00068

CPD-33.110 (9/89)

# CRIME SCENE PROCESSING REPORT
## CHICAGO POLICE DEPARTMENT

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO. | RD NO |
|---|---|---|---|
| Homicide | 0110 | * | Z594269 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST -BEAT OCCUR |
|---|---|---|---|
| 121 S. State St. | KHALED, Ibrahim | | 1 008 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| Latent Fingerprint Development | Det. Kelly Unit 610 | 05Dec95   0730 | 177-LA |

### PHOTOGRAPHY

| A | D | G |
|---|---|---|
| B | E | H |
| C | F | I |

| FINGERPRINTS | ELIM. PRINTS ☐YES ☐NO | IN CUSTODY ☐YES ☐NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED | NEG | LIFT | LOCATION FOUND | F.N. | MED | NEG | LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|---|---|---|---|
| V | | | 1-green sticker (LUXURY CAR) | | | | | | |
| V | | | 1-black & orange sticker (9) | | | | | | |
| V | | | 1-green sicker (MANY EXTRAS) | | | | | | |

| POSSIBLE SUSPECT INFORMATION ☐MALE ☐FEMALE  ☐ADULT ☐JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☐PALMS   ☐IMPRESSIONS ☐FINGERPRINTS | SUITABLE FOR COMPUTER ☐YES ☐NO | PRINTS SUITABLE FOR COMPARISON ☐YES ☐NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|---|

| VEH | YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|---|

### PHYSICAL EVIDENCE

| PROP INVENT NO - UNIT | | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| 1584551 | CL | 1- manilla envelope containing misc. window stickers | |
| | | | |
| | | PERMANENT RETENTION FILE | |
| | | | |

### DETAILS OF CASE

The evidence described above was submitted to the Crime Lab. accompanied
by a request  to examine them for latent fingerprint impressions. The evidence was subjected
to developmental procedures with the above results. Evidence photographed and sent to e&rps.

*this report is to replace original report submitted with incorrect RD# Z591259 0n05Dec95

| INVESTIGATING OFFICER'S NAME - | STAR NO | UNIT | BEAT OFFICER'S NAME - | STAR NO | UNIT |
|---|---|---|---|---|---|

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | | | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|---|---|
| CODINA, Joseph R.     14734     177-LA | | | | | |

| TECHNICIAN'S SIGNATURE | DATE | APPROVING SUPERVISOR (PRINT NAME) - STAR NO |
|---|---|---|
| | 18Dec95 | SUPERVISOR'S SIGNATURE |

CPD 21.919 (REV 10/92)

Z594269

CITY 00069
RD
NO

# CRIME SCENE PROCESSING REPORT

**CHICAGO POLICE DEPT.**

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO. | RD NO. |
|---|---|---|---|
| Homicide (2X) | 0110 | | Z-594-269 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| Police Auto Pound #5 | #1 Ibrahim KHALED #2 Yosef ALI | M W 30 M W 30 | 1   8   812 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| FPX PR | Area One Violent Crimes | 5 Dec 95  1400 | 9603 |

## PHOTOGRAPHY

A  O/A interior and exterior of Chevrolet Impala at Pound Five.   G

B  O/A interior and exterior of Pontiac Bonneville at Pound Five.   H

C   F   I

| FINGERPRINTS | ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | | LOCATION FOUND | F.N. | MED NEG LIFT | | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|---|---|
| W | 1 | (1) on Clarion CD control in pontiac. | | B | 1 | (4) on top of left front fender of Pontiac. | |
| W | 1 | (2) on outside of driver's door of Pontiac. | | W | 1 | (5) on the inside driver's door handle of Impala | |
| B | 1 | (3) on outside of driver's door handle of Pontiac. | | B | 1 | (6) on steering wheel of Impala. | |

| POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE | RACE ☐ ADULT ☐ JUVENILE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☐ PALMS ☐ FINGERPRINTS | ☒ IMPRESSIONS | SUITABLE FOR COMPUTER ☐ YES ☒ NO | PRINTS SUITABLE FOR COMPARISON ☒ YES ☐ NO | INITIALS OF EXAMINER | DATE 6 Dec 95 |
|---|---|---|---|---|---|

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| 1994 | Pontiac Bonneville | White | none | 1G2H25219N1284811 |
| 1995 | Chevrolet Impala | Green | none | 161B1152P1SR141187 |

## PHYSICAL EVIDENCE

| PROP INVENT NO - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| none | | |

PERMANENT RETENTION FILE

## DETAILS OF CASE

The reporting investigators photographed and processed the two above described vehicles for ridge impressions. This procedure was done at Police Auto Pound Five after the "Super-Glue" process had been initiated earlier this date. The results of this examination are noted above.

| INVESTIGATING OFFICER'S NAME - | STAR NO | UNIT | BEAT OFFICER'S NAME - | STAR NO | UNIT |
|---|---|---|---|---|---|
| Det. Fine 20213 Det. Coughlin 20983 | | 610 | | | |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | | | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|---|---|
| Inv. Thomas A. Reynolds | 12947 | 177 | 5 Dec 95 | 1430 | ·1800 |
| Inv. Sigmund A. Majewski | 13021 | 177 | | | |

| TECHNICIAN'S SIGNATURE | DATE | APPROVING SUPERVISOR (PRINT NAME) - STAR NO |
|---|---|---|
| Thomas A. Reynolds  S.A. Majewski | 5Dec95 | SUPERVISOR'S SIGNATURE |

CPD-21.949 (REV 10/92)

Z-594-269

| CRIME SCENE PROCESSING REPORT<br>CHICAGO POLICE DEPARTMENT | CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO. | | RD NO. |
|---|---|---|---|---|---|
| | HOMICIDE | 0110 | | | Z595269 |

| ADDRESS OF SERVICE | VICTIM'S NAME | | | SEX-RACE-AGE | AREA-DIST -BEAT OCCUR |
|---|---|---|---|---|---|
| 1121 So. State Street | KHALED IBRAHIM | | | 1 | 08 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| Latent Fingerprint Dev. | Kelly/610 | 05 Dec 95 | 177L |

**PHOTOGRAPHY**

| A | D | G |
|---|---|---|
| B | E | H |
| C | F | I |

| FINGERPRINTS | ELIM. PRINTS<br>☐ YES ☐ NO | IN CUSTODY<br>☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED | NEG | LIFT | LOCATION FOUND | F.N. | MED | NEG | LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|---|---|---|---|
| GV | 2 | 0 | One (1) green sticker (luxury car) | | | 6 Dec 95 | | 9-4x5's | Pg8 |
| GV | 5 | 0 | One (1) blk & orange sticker (9) | | | | | | |
| GV | 2 | | One (1) green sticker (many extras) | | | | | | |

| POSSIBLE SUSPECT INFORMATION<br>☐ MALE ☐ FEMALE   ☐ ADULT ☐ JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☐ PALMS   ☐ IMPRESSIONS<br>☐ FINGERPRINTS | SUITABLE FOR COMPUTER<br>☒ YES   ☐ NO | PRINTS SUITABLE FOR COMPARISON<br>☒ YES   ☐ NO | INITIALS OF<br>EXAMINER | DATE<br>8 Au 95 |
|---|---|---|---|---|

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|

**PHYSICAL EVIDENCE**

| PROP INVENT NO - UNIT | | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| 1584551 | CL | One(1) manila envelope containing | |
| | | miscellaneous window stickers | |
| | | PERMANENT RETENTION FILE | |
| | | | |

**DETAILS OF CASE**

The evidence described above was submitted to the Crime Laboratory

accompanied with a request to examine it for latent impressions.    The

evidence was subjected to developmental procedures with the above results.

Evidence photographed and sent to E & rPS

| INVESTIGATING OFFICER'S NAME -   STAR NO   UNIT | BEAT OFFICER'S NAME -   STAR NO   UNIT |
|---|---|

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | DATE ARRIVED   TIME | TIME COMPLETED |
|---|---|---|
| Joseph Codina      14734      177 | | |

| TECHNICIAN'S SIGNATURE | DATE | APPROVING SUPERVISOR (PRINT NAME) - STAR NO |
|---|---|---|
| | 05 Dec 95 | SUPERVISOR'S SIGNATURE |

CPD-21.949 (REV 10/92)

CITY 00071

# RECOVERED VEHICLE SUPPLEMENTARY REPORT/CHICAGO POLICE

| 1. OFFENSE/CLASSIFICATION ON PREVIOUS REPORT | 2. BEAT OF RECOVERY | 3. DATE OF RECOVERY – | TIME | 4. BEAT/UNIT ASSIGNED |
|---|---|---|---|---|
| Homicide | 624 | 5 Dec 95 | 0200 | 622 |

| 6. ADDRESS/LOCATION OF RECOVERY | 7. TYPE OF LOCATION WHERE RECOVERED | LOCATION CODE |
|---|---|---|
| 7911 S Ingleside | ☑ 204 STREET ☐ 210 RESIDENCE-GARAGE<br>☐ 092 ALLEY ☐ OTHER – SPECIFY & ENTER CODE | 834 |

| 8. REGISTERED OWNER/VICTIM–NAME (LAST–FIRST–M.I.) | CORRECTION<br>☐ YES ☐ NO | OWNER'S ADDRESS | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|

| 9. V.I.N.<br>1 6 2 H Z 5 2 1 9 N 1 2 8 4 9 1 1 | 10. STATE LICENSE PLATE NO.<br>NONE | STATE | MO./YR. EXPIR. | 11. LICENSE PLATE(S) RECOVERED<br>☐ YES ☐ NO |
|---|---|---|---|---|

| 12. VEH. YEAR | MAKE | MODEL | BODY STYLE | COLOR TOP / BOTTOM | 13. CITY LICENSE NO. | EXPIR. YEAR |
|---|---|---|---|---|---|---|
| 92 | PONT | Bonneville | 4D | WHT | | |

| 14. EVIDENCE OF STRIPPING/DAMAGE – CHECK ONE OR MORE | | ☐ 0 NONE | | ☐ 9 BODY PARTS OR OTHER (DESCRIBE IN NARRATIVE) | 15. DIRECTION VEH. FACED AT RECOVERY |
|---|---|---|---|---|---|
| ☐ 1 BURNED | ☐ 2 IGNITION LOCK PULLED | ☐ 3 STEERING COLUMN PEELED | | | ☐ N ☐ S ☐ E ☐ W |
| ☐ 4 RADIO | ☐ 5 TIRES, NO.: | ☐ 6 INTERIOR | ☐ 7 ENGINE | ☐ 8 TRANSMISSION | |

| 16. VEHICLE LEGALLY PARKED<br>☐ YES<br>☐ NO | ☐ YES, BUT HAZARD<br>(SPECIFY IN NARRATIVE) | IF YES, RESULT OF COMPUTER INQUIRY<br>☐ TOW ☐ NOTIFY OWNER<br>☐ NO RESULTS | 17. OWNER/COMPLAINANT NOTIFIED BY C.O.S.<br>DATE TIME | ☐ C.O.S. UNABLE TO CONTACT OWNER |
|---|---|---|---|---|

| 18. IF TOWED–POUND NO. | VEHICLE INVENTORY NO. | 19. PROPERTY INVENTORY NO. | 20. HOT FILE CLEARED<br>☑ YES ☐ NO | THROUGH WHOM<br>☐ C.O.S.<br>☐ FIELD INQUIRY | DATE<br>5-Dec95 | 21. EVID. TECH. REQUESTED<br>☑ 1 YES ☐ 2 NO |
|---|---|---|---|---|---|---|

| 22. OFFENDER/ARRESTEE–NAME | ADDRESS | SEX – RACE – AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | I.C.2./Y.D./I.D.A. NO. |
|---|---|---|---|---|---|---|---|---|

| 23. NO. ARRESTED | 24. ARRESTING UNIT NO. | 25. DATE OF ORIGINAL OCCURRENCE<br>4 Dec 95 | 26. BEAT OF ORIGINAL OCCURRENCE<br>832 |
|---|---|---|---|

**80. NARRATIVE** (Do not duplicate or repeat information -- for explanation or additional information only. If there is an arrest AT THE TIME OF RECOVERY, enter required information above, list court date, branch and charge in Narrative, and a full description of events leading to the arrest.)

IN Summary: Above described veh.
taken in Homicide 4 Dec 95 (GOCR)
Veh towed for evidence per AIRU

PERMANENT RETENTION FILE

| SIGNATURE OF PERSON RECEIVING VEHICLE FROM RECOVERING OFFICER | NARRATIVE<br>☐ CONTINUED OTHER SIDE |
|---|---|

| 90. OFFICER NOTIFYING DETECTIVE DIVISION–<br>W4 IROHEAD | UNIT NOTIFIED – PERSON<br>AIRU | ☐ NOTIFIED ☐ ARRIVED<br>By ZONE | DATE | TIME |
|---|---|---|---|---|

| 91. REPORTING OFFICER (PRINT NAME)<br>W4 IROHEAD | STAR NO.<br>13320 | SIGNATURE | 92. EXTRA COPIES REQUIRED (NO. & RECIPIENT)<br>☐ NORMAL  AIRU |
|---|---|---|---|

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | 94. DATE INVESTIG. COMPLETED–TIME<br>5 DEC 95 | 0300 |
|---|---|---|---|---|

| 95. SUPERVISOR APPROVING (PRINT NAME)<br>T. GLYNN | STAR NO.<br>842 | SIGNATURE | DATE APPROVED –<br>5 DEC 95 | TIME<br>1000 |
|---|---|---|---|---|

**FOR DETECTIVE DIVISION USE ONLY**

| OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | METHOD CODE | REVIEW DET. STAR NO. | DATE | FIELD DET. STAR NO. |
|---|---|---|---|---|---|

**STATUS**

| ☐ 0 PROGRESS | ☐ 1 SUSPENDED | ☐ 2 UNFOUNDED | ☐ 3 CLEARED CLOSED | ☐ 4 CLEARED OPEN | ☐ 5 EXC. CLEARED CLOSED | ☐ 6 EXC. CLEARED OPEN | ☐ 7 CLOSED NON-CRIMINAL |
|---|---|---|---|---|---|---|---|

IF CASE CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST)

| ☐ 1 ARREST & PROSECUTION | ☐ 2 DIRECTED TO JUV. COURT | ☐ 3 COMPL. REFUSED TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPTIONAL | ☐ ADULT | ☐ JUV. |
|---|---|---|---|---|---|---|

| PREPARED BY – SIGNATURE | STAR NO. | DATE | APPROVED BY – SIGNATURE | STAR NO. | DATE |
|---|---|---|---|---|---|

CPD-11.409 (REV. 4/84)   RACE CODES: 1-BLACK, 2-WHITE, 3-BLACK-HISPANIC, 4-WHITE-HISPANIC, 5-AMERICAN INDIAN/ALASKAN NATIONAL, 6-ASIAN/PACIFIC ISLANDER.

fine

5

# RECOVERED VEHICLE SUPPLEMENTARY REPORT/CHICAGO POLICE

| 1. OFFENSE/CLASSIFICATION ON PREVIOUS REPORT | 2. BEAT OF RECOVERY | 3. DATE OF RECOVERY — TIME | 4. BEAT/UNIT ASSIGNED |
|---|---|---|---|
| Homicide | 624 | 9 Dec 9H 0300 | 622 |

| 6. ADDRESS/LOCATION OF RECOVERY | 7. TYPE OF LOCATION WHERE RECOVERED | LOCATION CODE |
|---|---|---|
| 7911 S Inglesine | ☐ 404 STREET  ☐ 210 RESIDENCE-GARAGE  ☐ 092 ALLEY  ☐ OTHER – SPECIFY & ENTER CODE | 034 |

| 8. REGISTERED OWNER/VICTIM –NAME (LAST–FIRST–M.I.) | CORRECTION / OWNER'S ADDRESS | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|
| U | ☐ YES ☐ NO | | |

| 9. V.I.N. | 10. STATE LICENSE PLATE NO. | STATE | MO/YR. EXPIR. | 11. LICENSE PLATE(S) RECOVERED |
|---|---|---|---|---|
| 1 G 1 BL 5 2 P 1 SR 141187 | None | | | ☐ YES ☐ NO  EXPIR. YEAR |

| 12. VEH. YEAR | MAKE | MODEL | BODY STYLE | TOP / BOTTOM | COLOR | 13. CITY LICENSE NO. |
|---|---|---|---|---|---|---|
| 95 | Chev | Impala | 4D | | GRN | |

| 14. EVIDENCE OF STRIPPING/DAMAGE – CHECK ONE OR MORE | | 15. DIRECTION VEH. FACED AT RECOVERY |
|---|---|---|
| ☐ 1 BURNED  ☐ 2 IGNITION LOCK PULLED  ☐ 3 STEERING COLUMN PEELED  ☐ 9 BODY PARTS OR OTHER (DESCRIBE IN NARRATIVE)  ☒ 10 NONE | ☐ 4 RADIO  ☐ 5 TIRES, NO.:  ☐ 6 INTERIOR  ☐ 7 ENGINE  ☐ 8 TRANSMISSION | ☐ N  ☐ S  ☐ E  ☐ W |

| 16. VEHICLE LEGALLY PARKED | IF YES, RESULT OF COMPUTER INQUIRY | 17. OWNER/COMPLAINANT NOTIFIED BY C.O.S. DATE / TIME | C.O.S. UNABLE TO CONTACT OWNER |
|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES, BUT HAZARD (SPECIFY IN NARRATIVE)  ☐ TOW  ☐ NO RESULTS  ☐ NOTIFY OWNER | | |

| 18. IF TOWED-POUND NO. | VEHICLE INVENTORY NO. | 19. PROPERTY INVENTORY NO. | 20. HOT FILE CLEARED | THROUGH WHOM | DATE | 21. EVID. TECH. REQUESTED |
|---|---|---|---|---|---|---|
| P | | | ☒ 1 YES ☐ 2 NO | ☒ C.O.S. ☐ FIELD INQUIRY | 5 Dec 95 | ☐ 1 YES ☒ 2 NO |

| 22. OFFENDER/ARRESTEE–NAME | ADDRESS | SEX– RACE– AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | C.B./Y./D./D.A. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 23. NO. ARRESTED | 24. ARRESTING UNIT NO. | 25. DATE OF ORIGINAL OCCURRENCE | 26. BEAT OF ORIGINAL OCCURRENCE |
|---|---|---|---|
| | | 4 Dec 95 | 832 |

80. NARRATIVE (Do not duplicate or repeat information – for explanation or additional information only. If there is an arrest AT THE TIME OF RECOVERY, enter required information above, list court date, branch and charge in Narrative, and a full description of events leading to the arrest.)

IN Summary, Above described Veh taken in

Double Homicide 4 Dec 95 (Goce),

Veh towed for evidence per A1VC

PERMANENT RETENTION FILE

| SIGNATURE OF PERSON RECEIVING VEHICLE FROM RECOVERING OFFICER | NARRATIVE ☐ CONTINUED OTHER SIDE |
|---|---|

| 90. OFFICER NOTIFYING DETECTIVE DIVISION– | UNIT NOTIFIED – PERSON | ☐ NOTIFIED ☐ ARRIVED | DATE | TIME |
|---|---|---|---|---|
| Whitehead | A1VC | By Zone | 9 Dec 95 | 0150 |

| 91. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | 92. EXTRA COPIES REQUIRED (NO. & RECIPIENT) |
|---|---|---|---|
| Whitehead, W | 11320 | | ☒ NORMAL A1VC |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | 94. DATE INVESTIG. COMPLETED–TIME |
|---|---|---|---|
| | | | 5 Dec 95   80:00 |

| 95. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. | SIGNATURE | DATE APPROVED – TIME |
|---|---|---|---|
| J. Glynn | 842 | | 5 Dec 95  1000 |

### FOR DETECTIVE DIVISION USE ONLY

| OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | METHOD CODE | REVIEW DET. STAR NO. | DATE | FIELD DET. STAR NO. |
|---|---|---|---|---|---|
| | | | | | |

**STATUS**

| ☐ 0 PROGRESS | ☐ 1 SUSPENDED | ☐ 2 UNFOUNDED | ☐ 3 CLEARED CLOSED | ☐ 4 CLEARED OPEN | ☐ 5 EXC. CLEARED CLOSED | ☐ 6 EXC. CLEARED OPEN | ☐ 7 CLOSED NON-CRIMINAL |
|---|---|---|---|---|---|---|---|

IF CASE CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST)

| ☐ 1 ARREST & PROSECUTION | ☐ 2 DIRECTED TO JUV. COURT | ☐ 3 COMPL. REFUSED TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPTIONAL | ☐ ADULT | ☐ JUV. |
|---|---|---|---|---|---|---|

| PREPARED BY – SIGNATURE | STAR NO. | DATE | APPROVED BY – SIGNATURE | STAR NO. | DATE |
|---|---|---|---|---|---|

CPD-11.409 (REV. 4/84)   RACE CODES: 1-BLACK, 2-WHITE, 3-BLACK-HISPANIC, 4-WHITE-HISPANIC, 5-AMERICAN INDIAN/ALASKAN NATIONAL, 6-ASIAN/PACIFIC ISLANDER.

CITY 00073