# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LASHAWN EZELL, <br>   Plaintiff, <br>v. <br>CITY OF CHICAGO, et al., <br>   Defendants | ) ) ) ) ) ) ) ) | Judge Sara L. Ellis <br><br> Case No. 18 CV 1049 |
| LAROD STYLES, <br>   Plaintiff, <br>v. <br>JAMES CASSIDY, et al., <br><br>   Defendants | ) ) ) ) ) ) ) ) ) | Case No. 18 CV 1053 <br>Consolidated with 18 CV 1049 |
| CHARLES JOHNSON, <br>   Plaintiff, <br>v. <br>JAMES CASSIDY, et al., <br>   Defendants | ) ) ) ) ) ) ) ) | Case No. 18 CV 1062 <br>Consolidated with 18 CV 1049 |
| TROSHAWN McCOY, <br>   Plaintiff, <br>v. <br><br>JAMES CASSIDY, et al., <br>   Defendants | ) ) ) ) ) ) ) ) ) ) | Case No. 18 CV 1068 <br>Consolidated with 18 CV 1049 |

**EXHIBITS TO CITY DEFENDANTS' AND PLAINTIFFS' JOINT MOTION OF UNDISPUTED MATERIAL FACTS**

| Ex. No. | Description | Bates Range |
|---|---|---|
| 1 | Dec. 5, 1995 Supplementary Report | CITY 39-45 |
| 2 | Jan. 12, 1998 Report of Proceedings | Ezell 6450-6766 |
| 3 | Medical Examiner Report | CITY 35-38 |
| 4 | Deposition Transcript of Ali, June 3, 2021 | |
| 5 | Deposition Transcript of Neira, Mar. 11, 2021 | |
| 6 | Jan. 13, 1998 Report of Proceedings | Johnson 5309-5480 |
| 7 | Deposition Transcript of Hudley, Feb. 14, 2020 | |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 8 | Deposition Transcript of Hudley, Aug. 28, 2021 | |
| 9 | Nov. 17, 1998 Report of Proceedings | McCoy 872-1113 |
| 10 | Case Report | CITY 31-34 |
| 11 | Jan. 15, 1998 Report of Proceedings | Ezell 7020-7195 |
| 12 | Deposition Transcript of Tadros, Dec. 4, 2019 | |
| 13 | Composite Computer Drawing | JOHNSON 10273 |
| 14 | Deposition Transcript of Cassidy, Mar. 11, 2020 | |
| 15 | FILED UNDER SEAL | |
| 16 | Deposition Transcript of Tuider, Sept 20, 2019 | |
| 17 | Oct. 10, 1997 Report of Proceedings – McCoy MTS | Ezell 2550-2619 |
| 18 | Dec. 8, 1995 Supplementary Report | CITY 48-54 |
| 19 | Nov. 13, 1997 Report of Proceedings | Ezell 2474-2548 |
| 20 | Deposition Transcript of McCoy, Sept. 10, 2021 | |
| 21 | Deposition Transcript of Davis, Oct. 2, 2019 | |
| 22 | Deposition Transcript of Daly, Jul. 19, 2011 | |
| 23 | McCoy Court Reported Statement | Johnson 41619-41632 |
| 24 | McCoy Arrest Report | CITY 29 |
| 25 | Deposition Transcript of Alesia, Mar. 3, 2021 | |
| 26 | Nov. 15, 2017 McCoy Affidavit | Ezell 14095-14096 |
| 27 | Deposition Transcript of Bennet, Sept. 22, 2021 | |
| 28 | Deposition Transcript of Bloore, Nov. 20, 2019 | |
| 29 | Deposition Transcript of Richardson, Nov. 7, 2019 | |
| 30 | Deposition Transcript of Valadez, Jan. 26, 2021 | |
| 31 | Deposition Transcript of Ryan, Oct. 3, 2019 and Feb. 12, 2020 | |
| 32 | Jan. 14, 1998 Report of Proceedings | Ezell 6769-7017 |
| 33 | Deposition Transcript of Styles, Nov. 2, 2021 | |
| 34 | Styles Arrest Report | JOHNSON 15872-15873 |
| 35 | Styles Court Reported Statement | JOHNSON 16060-77 |
| 36 | FILED UNDER SEAL | |
| 37 | Apr. 16, 1998 Report of Proceedings – Ezell MTQA | |
| 38 | Deposition Transcript of Ezell, Oct. 13, 2021 | |
| 39 | Ezell Arrest Report | JOHNSON 21514-21515 |
| 40 | Ezell Statement | Johnson 16040-16045 |
| 41 | June 3, 1998 Report of Proceedings | Ezell 2328-2423 |
| 42 | Mar. 14, 1997 Report of Proceedings – MTSS | Ezell 5472-5607 |
| 43 | Deposition Transcript of Johnson, Jun. 25, 2021 | |
| 44 | Photographs of Johnson Car | CITY 4061-4071 |
| 45 | Crime Scene Processing Report | CITY 66 |
| 46 | Mar. 13, 1997 Report of Proceedings | Ezell 5349-5467 |
| 47 | Jan. 16, 1998 Report of Proceedings | Ezell 7198-7433 |
| 48 | Johnson Statement *(possibly Johnson Dep Ex 209)* | Johnson 16078-16083 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 49 | Mar. 17, 1997 Report of Proceedings – MTSS Testimony | Ezell 5608-5715 |
| 50 | Crime Scene Processing Report | CITY 65 |
| 51 | Lineup Supplementary Reports | CITY 46-47, 55-56, 59-60 |
| 52 | 7:50 pm Lineup Photos | CITY 4097-4114 |
| 53 | Criminal Trial Exhibit 7 | CCSAO 11-12 |
| 54 | Deposition Transcript of Boudreau, Dec. 16, 2020 | |
| 55 | Crime Scene Processing Report | CITY 63 |
| 56 | Lineup Supplementary Report | CITY 57-58 |
| 57 | Lineup Photos | CITY 4050-4059 |
| 58 | FILED UNDER SEAL | |
| 59 | FIILED UNDER SEAL | |
| 60 | Deposition Transcript of Sexton, Feb. 25, 2021 | |
| 61 | Deposition Transcript of Moore, July 6, 2021 | |
| 62 | FILED UNDER SEAL | |
| 63 | Jan. 12, 1996 Report of Proceedings (B citations) | Ezell 5259-5263 |
| 64 | FILED UNDER SEAL | |
| 65 | Mar. 18, 1998 Report of Proceedings | |
| 66 | FILED UNDER SEAL | |
| 67 | Styles Motion to Suppress Statements | RFC-M4 1265-1267 |
| 68 | McCoy Motion to Quash | McCoy 63-64 |
| 69 | McCoy Motion to Suppress Statements | McCoy 65-66 |
| 70 | Oct. 10, 1997 Report of Proceedings | Ezell 2550-2619 |
| 71 | FILED UNDER SEAL | |
| 72 | FILED UNDER SEAL | |
| 73 | FILED UNDER SEAL | |
| 74 | FILED UNDER SEAL | |
| 75 | FILED UNDER SEAL | |
| 76 | Jan. 20, 1998 Report of Proceedings – Johnson only (Q citations) | McCoy 858-871 |
| 77 | Nov. 19, 1998 Report of Proceedings – Ezell only | McCoy 722-857 |
| 78 | Johnson General Progress Report | LS 6597 |
| 79 | Mar. 16, 1998 Report of Proceedings | LS 7510-7516 |
| 80 | Jan. 21, 1998 Report of Proceedings (KK citations) | Ezell 7591-7811 |
| 81 | Mar. 12, 1998 Report of Proceedings (NN citations) | Ezell 8188-8206 |
| 82 | McCoy/Ezell Trial Exhibits 6 and 14 Lineup Photographs | CCSAO Impound 11-12, 23-24 |
| 83 | Dec. 16, 1998 Report of Proceedings (M citations) | Ezell 9292-9328 |
| 84 | Dec. 21, 1998 Report of Proceedings (R citations) | McCoy 105-114 |
| 85 | Johnson Motion for Fingerprint Testing, Dec. 2, 2008 | Johnson 11171-11294 |
| 86 | Jan. 27, 2009 Order | Johnson 32623-32627 |
| 87 | Deposition Transcript of Ertler, Nov. 19, 2021 | |
| 88 | Deposition Transcript of Allen, Nov. 20, 2020 | |
| 89 | FILED UNDER SEAL | |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 90 | Motion to Supplement Petitions for Post-Conviction Relief, Jan. 2, 2015 | Ezell 3074-3082 |
| 91 | Motion for Post-Conviction Relief based on Claims of Actual Innocence, Jul. 19, 2016 | Ezell 11902-11919 |
| 92 | Jul. 11, 2016 Report of Proceedings | |
| 93 | Feb. 15, 2017 Report of Proceedings | City 24244-24252 |
| 94 | Joint Petition for COI | CCSAO MP4 28630-28672 |
| 95 | FILED UNDER SEAL | |
| 96 | McCoy Petition for COI | CCSAO MP4 28936-28945 |
| 97 | FILED UNDER SEAL | |
| 98 | Deposition Transcript of Sussman, Dec. 20, 2021 | |
| 99 | Nov. 15, 2017 Report of Proceedings | Ezell 11182-11194 |
| 100 | Nov. 25, 2017 Agreed Order | McCoy 1339 |
| 101 | Emails between Sussman and Tepfer with attachment | Tepfer Subp Resp 41-42, LS 20806 |
| 102 | Jan. 22, 2018 Agreed Order | CCSAO MP4 28562-28563 *(Dep Ex 371)* |
| 103 | 911 Call Logs | Johnson 22965-22966 |
| 104 | Office Photo | CCSAO Impound 17-23 |
| 105 | Photo of Exterior (McCoy Peoples Ex. 1) | CCSAO Impound 1-2 |
| 106 | May 6, 2020 Letter regarding Disclosure of Coughlin and Fine Special Verdict Form | |
| 107 | Nov. 17, 1997 Report of Proceedings | Ezell 21175-21202 |
| 108 | FILED UNDER SEAL | |
| 109 | 911 Call Transcript *Neira Dep Ex 151* | Johnson 33639-33654 |
| 110 | Plaintiff's Expert McCrary Report and CV | |
| 111 | Deposition Transcript of McCrary, Mar. 15, 2022 | |
| 112 | Intentionally Left Blank | |
| 113 | Z594269 Permanent Retention File | City 31-73 |
| 114 | Deposition Transcript of Terrell, Aug. 20, 2021 | |
| 115 | Deposition Transcript of White, June 9, 2021 | |
| 116 | FILED UNDER SEAL | |
| 117 | Plaintiff's Expert Report of Cutler | |
| 118 | Deposition Transcript of Allen, Aug. 31, 2021 | |
| 119 | FILED UNDER SEAL | |
| 120 | FILED UNDER SEAL | |
| 121 | FILED UNDER SEAL | |
| 122 | FILED UNDER SEAL | |
| 123 | Declaration of Charles Johnson, Dec. 15, 1995 | Johnson 32432-32437 |
| 124 | FILED UNDER SEAL | |
| 125 | FILED UNDER SEAL | |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 126 | Deposition Transcript of Buckley, Jul. 22, 2022 | |
| 127 | Deposition Transcript of Graf, Mar. 17, 2021 | |
| 128 | Defendants' Expert Report of Wixted | Wixted 21-33 |
| 129 | Scene Photos of Elegant lot and office exterior | CITY 4096, 4082, 4079 |
| 130 | Group Exhibit of Special Orders/Policies (78-33, 78-33A, 80-4, 92-3, 92-8-6) | City 17480-17495 |
| 131 | Deposition of Green, Dec. 17, 2021 | |
| 132 | Photo of Elegant Auto exterior | CCSAO Impound 17 |
| 133 | FILED UNDER SEAL | |
| 134 | Jan. 22, 2018 Report of Proceedings | CCSAO MP4 28777-28790 |
| 135 | Press Release from the Office of the State's Attorney, Feb, 15, 2017 | CCSAO MP4 31248 |
| 136 | "Cook County prosecutors drop cases against 4 men in 1995 double murder", Chicago Tribune, Feb. 15, 2017 | CITY 23480-23488 |
| 137 | State's Answers to Petitioners' Requests to Admit, Oct. 20, 2017 | CCSAO MP4 28675-28708 |
| 138 | FILED UNDER SEAL | |
| 139 | FILED UNDER SEAL | |
| 140 | Johnson Arrest Report | Johnson 15889-90 |
| 141 | Deposition Transcript of Kelly, Oct. 6, 2020 | |
| 142 | Deposition Transcript of Whitehead, Jul. 23, 2020 | |
| 143 | Recovered Vehicle Supplemental Reports | City 72-73 |
| 144 | Affidavit of Barbara White, 2/6/2012 | LS 13235-13236 |
| 145 | Deposition Transcript of Buckley, Jul. 22, 2022 | |
| 146 | Aldridge Investigative Reports | CITY 20480-20483, 20476-77 |
| 147 | Mar. 21, 1997 Report of Proceedings (Johnson MTSS) | EZELL 2073-2124 |
| 148 | Jan. 22, 1998 Report of Proceedings | EZELL 7814-8174 |
| 149 | State's Attorney Office Investigative Report re Davion Allen Interview | Johnson 17145-47 |
| 150 | Criminal History documents of James Allen | Johnson 46493-94 |
| 151 | Deposition Transcript of M. Allen, Dec. 16. 2021 | |
| 152 | Detective Division Standard Operating Procedures | CITY 17264-473 |
| 153 | CPD Lineup Procedures | CITY 17474-79 |
| 154 | CPD Juvenile Processing Procedures | CITY 17480-95 |
| 155 | Investigative Report of Sean Tyler on interview of Davion Allen, March 10, 2016 | LS_021959-62 |
| 156 | Group Exhibit of Latent Print Crime Scene Processing Reports | CITY 61-62, 64, 69-71 |
| 157 | Deposition Transcript of Dennis Stankus | |
| 158 | Latent Fingerprint Examination Report | CITY 20513 |
| 159 | Latent Print lifts and negatives | CITY 20716-29 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 160 | Deposition Transcript of Patterson, Nov. 30, 2021 | |
| 161 | Group Exhibit of Latent Print Case Jackets | CITY 20781-82, 20714-15, 20751-52, 20763-64 |
| 162 | Marketing Stickers | CCSAO Impound 148-53 |
| 163 | Deposition Transcript of Codina, Apr. 6, 2021 | |
| 164 | Request for Analysis | Johnson 050452 |
| 165 | Latent Fingerprint Examination Report | CITY 20512 |
| 166 | Expert Report of Matthew Marvin and Plaintiffs' Rule 26(a)(2) Disclosures | |
| 167 | Deposition Transcript of Marvin, Mar. 28, 2022 | |
| 168 | Deposition Transcript of Malone, Nov. 9, 2021 | |
| 169 | June 15, 2009 Latent Print Unit Report | CITY 20581-82 |
| 170 | ISP Lab Report | JOHNSON 10059-60 |
| 171 | Deposition Transcript of Onstwedder, Mar. 23, 2021 | |
| 172 | John Black Case Notes | BLACK 383 |
| 173 | John Black Attestation | |
| 174 | Mar, 27, 1997 Report of Proceedings | EZELL 2125-2159 |