IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LASHAWN EZELL,<br>  Plaintiff,<br>v.<br>CITY OF CHICAGO, et al.,<br>  Defendants | Judge Sara L. Ellis<br><br>Case No. 18 CV 1049 |
| LAROD STYLES,<br>  Plaintiff,<br>v.<br>JAMES CASSIDY, et al.,<br>  Defendants | Case No. 18 CV 1053<br>Consolidated with 18 CV 1049 |
| CHARLES JOHNSON,<br>  Plaintiff,<br>v.<br>JAMES CASSIDY, et al.,<br>  Defendants | Case No. 18 CV 1062<br>Consolidated with 18 CV 1049 |
| TROSHAWN McCOY,<br>  Plaintiff,<br>v.<br>JAMES CASSIDY, et al.,<br>  Defendants | Case No. 18 CV 1068<br>Consolidated with 18 CV 1049 |

**PLAINTIFF'S EXHIBITS TO STATEMENT OF DISPUTED MATERIAL FACTS**

| Ex. No. | Description |
|---|---|
| 1. | Deposition of Jonathan McCullum (July 27, 2021) |
| 2. | Deposition of Genoa Flournoy (May 13, 2021) |
| 3. | Villa Rosa Reciept |
| 4. | Deposition of Toni Marie Grimm (Nov. 16, 2021) |
| 5. | Ezell Transcript (Nov. 18, 1998) |
| 6. | Ryan General Progress Report |

| | |
|---|---|
| 7. | Deposition of Ramona Bufford (July 19. 2021) |
| 8. | McCoy First Degree Murder Complaint |
| 9. | McCoy Armed Robbery Complaint |
| 10. | Ezell Criminal Complaint |
| 11. | Styles Complaint for Preliminary Examination |
| 12. | Johnson Complaints for Preliminary Examination |
| 13. | 11.17.1998 McCoy Trial Transcript |
| 14. | McCoy Trial Deposition |
| 15. | 11.18.9 McCoy Trial Transcript |
| 16. | 1.15.1998 Report of Proceedings (Terrell Testimony) |
| 17. | 10.21.1997 Report of Proceedings (Alesia Testimony) |
| 18. | Filed Under Seal |
| 19. | Filed Under Seal |
| 20. | Filed Under Seal |
| 21. | Filed Under Seal |
| 22. | Filed Under Seal |
| 23. | Filed Under Seal |
| 24. | Filed Under Seal |
| 25. | Filed Under Seal |
| 26. | Filed Under Seal |
| 27. | Filed Under Seal |
| 28. | City of Chicago Finance Committee Approving settlement in cases of Swift, Saunders, Thames, and Richardson v. *City of Chicago, Chicago Police Detectives Kenneth Boudreau, Richard Paladino, James Cassidy, the estate of Thomas Coughlin, Willian Foley, F. Valadez, and P. McCafferty, Cook County Assistant State's Attorneys Terence Johnson, and Cook County* |
| 29. | ISP report excluding all the teenagers as source of blood or semen at scene |
| 30. | Cleared Closed Supp Cassidy Englewood 4 |
| 31. | 03.09.95 Statement of Jerry Fincher (by Valadez) |
| 32. | Valadez GPRs re Fincher in Englewood 4 case |
| 33. | 03.09.95 Fincher arrest report by Valadez |
| 34. | Thames Dep. Transcript |
| 35. | 03.09.95 Statement of Vincent Thames by Cassidy |
| 36. | Thames General Progress Report |
| 37. | 03.10.95 Statement of Terrill Swift |
| 38. | 09.15.14 Swift Deposition Transcript |
| 39. | Swift statement GPR by Boudreau |
| 40. | 11.16.11 Biebel Order |
| 41. | 09.04.12 Order Granting Certificates of Innocence |
| 42. | Flournoy GPR |
| 43. | Fincher Deposition Englewood 4 |
| 44. | James Cassidy Deposition (Englewood 4) |
| 45. | *People v. Washington* |