# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LaShawn Ezell et al | ) |
| | ) |
| v. | ) |
| | ) Case Number: 18-cv-1049 related actions 18-cv-1053; 18-cv-1062 and 18-cv-1068 |
| City of Chicago, et al | ) |
| | ) |
| | ) |
| | ) Judge Sara L. Ellis |
| | ) |
| | ) |

**Request for a Separate Jury Panel Pursuant to Local Rule 47.1(b)**

Pursuant to Local Rule 47.1(b), I am requesting that a separate jury panel be summoned for *Ezell v. City of Chicago et al*, a case to be tried before me.

It is anticipated that this trial will last four to five weeks, necessitating a large pool of potential jurors to enable the Court and counsel to select a jury.

Jury selection set for May 13, 2024, at 8:30 AM.

_____
Sara L. Ellis, Trial Judge
United States District Court

Dated: May 26, 2023

Rev. 05/20/2016