IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LASHAWN EZELL | ) | Case No. 18 CV 01049 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Ellis |
| v. | ) | |
| | ) | |
| CHICAGO OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| LAROD STYLES | ) | Case No. 18 CV 01053 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |
| CHARLES JOHNSON | ) | Case No. 18 CV 01062 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |
| TROSHAWN MCCOY, | ) | Case No. 18 CV 01068 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |

**EXHIBIT INDEX TO CITY DEFENDANTS' OMNIBUS MOTIONS *IN LIMINE***

| Exhibit No. | Description |
|---|---|
| 1 | 2/6/2017 Email from Plaintiffs' counsel to SAO |
| 2 | SAO PC Interview Reports (Ezell 001399-001400) |
| 3 | COI Statute |
| 4 | 11/27/2017 Agreed Order |
| 5 | Johnson, Styles, and Ezell Motion for Summary Judgment |
| 6 | Ezell Resp. to Boudreau's Interrogatories (No. 3) |
| 7 | *Walker v. City et al*, 3/2/2023 Transcript |
| 8 | *Gray v. City et al*, 5/23/2023 Trial Transcript |
| 9 | *Bolden v. City et al*, 10/27/2021 Trial Transcript |
| 10 | *Walker v. City et al*, 3/7/2023 Transcript |

| | |
|---|---|
| 11 | *Walker v. City et al*, 3/6/23 Transcript |
| 12 | *DeLeon-Reyes v. City et al,* 6/28/2023 Transcript |
| 13 | *Bolden v. City et al.,* 09/22/21 Order on MIL |
| 14 | Memo. In Support of Voluntary Dismissal of all Charges |
| 15 | March 25, 2009 Voluntary Statement of Frank Neira |
| 16 | Ezell v. Cassidy, et al, 21 cv 474 (USDC of Nevada), Dkt. 1 |
| 17 | Ezell v. Cassidy, et al, 21 cv 474 (USDC of Nevada), Dkt. 13 |
| 18 | Ezell v. Cassidy, et al, 21 cv 474 (USDC of Nevada), Dkt. 14 |
| 19 | Notice of 30(b)(6) deposition, Winstrom Ex. 219 |
| 20 | Deposition Transcript of Eric Winstrom |
| 21 | Deposition Transcript of Lindsay Malloy |
| 22 | Johnson Purported Transcript |
| 23 | Transcript Comparison |
| 24 | Subpoena and Tape Research Log |
| 25 | Plaintiffs' Supplemental Responses to Defendant Boudreau's First Set of Interrogatories (No. 4) |
| 26 | FILED UNDER SEAL Johnson 302 report |
| 27 | FILED UNDER SEAL Deposition Transcript of Charles Johnson, 1/16/17 |
| 28 | R.H. CPD Reports (Johnson 68280-83, 68256-7, 68290-7) |
| 29 | "Who Killed Ryan Harris" (Johnson 68486) |
| 30 | *People v. Fincher*, Motion to Suppress Statement Transcript, 11/4/97 |
| 31 | Motion to Suppress Statement |
| 32 | Fincher Statement |
| 33 | *People v. Swift*, 12/13/99 Illinois Appellate Order |
| 34 | *People v. Swift* Crim. Trial Transcript, 5/1/98 |
| 35 | Deposition Transcript of Charles Burns |
| 36 | Plaintiff Charles Johnson's Supplemental Resp. to Interrogatories |
| 37 | Grievances (Johnson 7259-60, 7270-7286) |