# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LASHAWN EZELL | ) | Case No. 18 CV 01049 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Ellis |
| v. | ) | |
| | ) | |
| CHICAGO OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| LAROD STYLES | ) | Case No. 18 CV 01053 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |
| CHARLES JOHNSON | ) | Case No. 18 CV 01062 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |
| TROSHAWN MCCOY, | ) | Case No. 18 CV 01068 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |

**EXHIBITS TO DEFENDANTS' COMBINED RESPONSES TO PLAINTIFFS'
MOTIONS *IN LIMINE***

| Exhibit No. | Description |
|---|---|
| 1 | Ezell Juv. Hist. records |
| 2 | Styles Juv. Hist. records |
| 3 | Deposition Transcript of Grimm |
| 4 | Ezell Affidavit |
| 5 | Ezell Certified Convictions, July 6, 2018 |

| | |
|---|---|
| 6 | Criminal Court Docket, March 4, 2024 |
| 7 | McNeal Statement |
| 8 | *Bolden v. City, et al,* 17 CV 417, Sept. 22, 2021, dkt. 467 (Seeger, J.) |
| 9 | Johnson Motion to Suppress |
| 10 | Kasper Deposition, April 21, 2021 - 62 |
| 11 | Alesia's Resume |
| 12 | Fulton v. Foley, 17 CV 8696, Transcript, December 4, 2020 – 11-20 |
| 13 | Ezell Response to Boudreau Interrogatory No. 1 |
| 14 | Styles Response to Boudreau Interrogatory No. 1 |
| 15 | McCoy Response to Boudreau Interrogatory No. 1 |
| 16 | Johnson's First Interrogatories to Alesia, No. 8 |