**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LASHAWN EZELL | ) | Case No. 18 CV 01049 |
| Plaintiff, | ) | |
| | ) | Judge Sara L. Ellis |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| LAROD STYLES | ) | Case No. 18 CV 01053 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |
| CHARLES JOHNSON | ) | Case No. 18 CV 01062 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |
| TROSHAWN MCCOY, | ) | Case No. 18 CV 01068 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |

**JOINT MOTION TO STAY PRETRIAL BRIEFING AND DEADLINES**

Counsel for Plaintiff Charles Johnson and counsel for Defendants Cook County and former Cook County Assistant State's Attorney Joseph Alesia (hereinafter, "Parties") hereby jointly move to stay all pretrial briefing and deadlines as to Plaintiff Johnson's federal and state law claims against Defendant Alesia and Defendant Cook County. In support, they state:

1. The Parties have reached an agreement in principle that contemplates resolution of all of Plaintiff Johnson's remaining claims against Defendant Cook County and Defendant Alesia.

2. Accordingly, the Parties ask that the Court stay the pretrial order briefing schedule and all other pretrial deadlines for Plaintiff Johnson and Defendants Cook County and Alesia.

3. Plaintiff Johnson will continue to abide by the Court's pretrial schedule for his claims against the City of Chicago and the Defendant Officers.

Accordingly, the Parties request that this Court grant their motion and stay further briefing and deadlines as to Plaintiff Johnson's claims against Defendants Cook County and Alesia.

Respectfully submitted,

/s/ *Alexa Van Brunt*
Alexa Van Brunt
MACARTHUR JUSTICE CENTER
375 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-1336
a-vanbrunt@law.northwestern.edu
*Counsel for Plaintiff Charles Johnson*

/s/ *Kenneth Ulrich*
Kenneth Ulrich
GOLDBERG KOHN LTD.
55 E. Monroe Street, Suite 3300
Chicago, IL 60603
kenneth.ulrich@goldbergkohn.com
*Counsel for Defendant Cook County*

/s/ *James Lydon*
James Lydon
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
312-704-3000
jlydon@hinshawlaw.com
*Counsel for Defendant Joseph Alesia*

March 14, 2024