IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LASHAWN EZELL | ) | Case No. 18 CV 01049 |
| Plaintiff, | ) | |
| | ) | Judge Sara L. Ellis |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| LAROD STYLES | ) | Case No. 18 CV 01053 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |
| CHARLES JOHNSON | ) | Case No. 18 CV 01062 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |
| TROSHAWN MCCOY, | ) | Case No. 18 CV 01068 |
| Plaintiff, | ) | |
| v. | ) | Consolidated with Ezell v. City |
| | ) | |
| CITY OF CHICAGO, et al., | ) | 18 CV 1049 |
| Defendants. | ) | |

**JOINT MOTION TO STAY PRETRIAL BRIEFING AND DEADLINES**

Counsel for Plaintiffs and counsel for Defendants City of Chicago and the individual Defendant Officers (hereinafter, "Parties") hereby jointly move to stay all pretrial briefing and deadlines as to Plaintiffs' claims against the City Defendants. In support, they state:

1. This case is set for trial on May 14, 2024. ECF No. 558. On March 8, this Court held a mediation conference with the Parties. ECF No. 550.

2. Since then, the Parties have been working diligently to comply with the Court's pretrial deadlines, including preparing the pretrial order. That process has consumed and is consuming very substantial amounts of attorney time as lawyers on both sides of this case put in 16-hour days to complete the Final Pretrial Order.

3. After the mediation, the City Defendants and Plaintiffs also continued discussions regarding settlement that had commenced with the Court's involvement. Those discussions have resulted in substantial progress. The Parties believe they are very close to achieving an agreed resolution. They will know within several days whether they can conclude an agreement.

4. Given the status of settlement negotiations and the very substantial costs associated with continuing the preparation of the Pretrial Order, the Parties jointly move to stay the remaining pretrial deadlines in this case, including the pretrial order submission due today, ECF No. 534, in anticipation of a final settlement of the case.

WHEREFORE, the Parties jointly request that this Court stay further deadlines as to the trial of this case.

Respectfully submitted,

/s/ *Alexa Van Brunt*
Alexa Van Brunt
Noor Tarabishy
MACARTHUR JUSTICE CENTER
375 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-1336
a-vanbrunt@law.northwestern.edu
*Counsel for Plaintiff Charles Johnson*

/s/ *Jon Neuleib*
Jon Neuleib
Michael Oppenheimer
ERICKSON & OPPENHEIMER, LTD
223 W. Jackson Blvd, Suite 200
Chicago, Illinois 60606
(312) 327-3370
Jonn@eolawus.com
*Counsel for Plaintiff Troshawn McCoy*

/s/*Terrence H. Campbell*
Terence H. Campbell
COTSIRILOS, TIGHE, STREIKER, POULOS & CAMPBELL, LTD
55 E. Monroe, Suite 3250
Chicago, Illinois 60603
(312) 263-0345
Tcampbell@cotsiriloslaw.com
*Counsel for Plaintiff Larod Styles*

/s/ *Lisa M. Meador*
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
lmeador@jsotoslaw.com
*Counsel for the Defendant City of Chicago*

/s/ *Locke E. Bowman*
Locke E. Bowman
Jon Loevy
Lauren Carbajal
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
locke@loevy.com
*Counsel for Plaintiff LaShawn Ezell*

/s/ *Stacy A. Benjamin*
Special Assistant Corporation Counsel
ROCK FUSCO & CONNELLY, LLC
333 West Wacker, Suite 1900 Chicago, Illinois 60606 (312) 494-1000
Sbenjamin@rfclaw.com
*Counsel for Individual Defendant Officers*

March 22, 2024